1  R. Michael West (SBN 84336)
   mwest@saciplaw.com
2  LAW OFFICES OF R. MICHAEL WEST, APC
   1922 21ST Street
3  Sacramento, CA 95811
   Telephone: (916) 444-5444
4  Facsimile: (916) 444-5441

5  Catherine Ashley Straight (SBN 119339)
   cstraight@cas-law.com
6  LAW OFFICES OF
   CATHERINE ASHLEY STRAIGHT
7  1922 21st Street
   Sacramento, CA 95811
8  Telephone: (916)-443-9400
   Facsimile: (916) 444-5441

9

10  Attorneys for Plaintiff
    APPLE HILL GROWERS

11

12                    **UNITED STATES DISTRICT COURT**

13                  **EASTERN DISTRICT OF CALIFORNIA**

14

15  APPLE HILL GROWERS,          )     Case  No.
                                 )
16            Plaintiff,         )     COMPLAINT  FOR:
                                 )
17                               )     FEDERAL TRADEMARK
         vs.                     )     INFRINGEMENT;
18                               )
                                 )     VIOLATION OF THE LANHAM ACT,
19  EL DORADO ORCHARDS, INC.,    )     SECTION 1125(a);
    BRAD VISMAN, KANDI VISMAN,   )
20  and MASON VISMAN,            )     VIOLATION OF THE LANHAM ACT,
                                 )     SECTION 1125(d);
21                               )
                                 )     UNFAIR COMPETITION UNDER
22            Defendants.        )     CALIFORNIA BUSINESS &
                                 )     PROFESSIONS CODE, SECTION 17200
23  _____  )     ET SEQ.; AND,

24                                     UNFAIR COMPETITION UNDER
                                       CALIFORNIA COMMON LAW
25

26                                     JURY TRIAL DEMANDED

27

28

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

-1-

COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

Plaintiff APPLE HILL GROWERS , hereby alleges as follows:

## PARTIES

1. Plaintiff APPLE HILL GROWERS (hereinafter "AHG"), is a California Corporation, having a principal place of business in Camino, California.  AHG licenses the sale of APPLE HILL brand goods and services through its duly licensed and authorized Member/Growers.  Under the APPLE HILL mark, AHG also provides advertising and promotional services both for the goods and services of its licensed and authorized Member/Growers, and for the goods and services of third-parties.

2. Defendant EL DORADO ORCHARDS, INC. (hereinafter "EL DORADO"), is a California Corporation, having a principal place of business in Placerville, California.  EL DORADO does business under the fictitious business name of Boa Vista Orchards, located at 2952 Carson Road, Placerville, California.

3. Defendant BRAD VISMAN is an individual, and a director of EL DORADO.  BRAD VISMAN is also a co-owner of the fictitious business names Boa Vista Wines and Boa Vista Vineyards, and does business under those fictitious business names at 2952 Carson Road, Placerville, California.

4. Defendant KANDI VISMAN is an individual, and the Secretary/Treasurer and the Chief Financial Officer of EL DORADO.  KANDI VISMAN is also a co-owner of the fictitious business names Boa Vista Wines and Boa Vista Vineyards, and does business under those fictitious business names at 2952 Carson Road, Placerville, California.  On information and belief, Defendants BRAD VISMAN and KANDI VISMAN are husband and wife.

5. Defendant MASON VISMAN is an individual, and owns the fictitious business names of Apple Hill and Boa Vista Cider, and on information and belief, does business under those fictitious business names at 2952 Carson Road, Placerville, California.  Defendant MASON VISMAN also owns the Internet Domain www.applehillca.com, where the APPLE HILL mark is displayed and where the various Boa Vista businesses are advertised and promoted.  On information and belief,

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

Defendant MASON VISMAN also owns additional Internet Domains incorporating the term APPLE HILL, which Domains are linked or associated with www.applehillca.com.  On information and belief, Defendant MASON VISMAN is the son of Defendants BRAD VISMAN and KANDI VISMAN.

6.  AHG is informed and believes, and thereon alleges, that all of the aforesaid  Defendants were in some manner responsible for the acts alleged herein, and the harm suffered by AHG as alleged hereinafter.  AHG is also informed and believes, and thereon alleges, that while participating in such acts, each Defendant was the agent, principal, and/or alter ego of one or more of the other Defendants, and was acting in the course and scope of such agency and/or acted with the permission, consent, authorization, or ratification of one or more of the other Defendants.

7.  As described below, AHG is informed and believes, and thereon alleges, that Defendants conduct business, and distribute and sell their products or services, in California, and specifically within this Court's jurisdiction in Northern California.

## JURISDICTION AND VENUE

8.  This action arises, in part, under the Lanham Act, as amended; California Business and Professions Code, Section 17200 et seq.; and California common law.  Specifically, this Court  has subject matter jurisdiction over this action pursuant to 15 U.S.C. Section 1121 (Claims arising under the Lanham Act), 28 U.S.C. Section 1331 (Federal Question), 28 U.S.C. Section 1338(a) and (b) (Trademark Infringement and substantially related Unfair Competition Claims), and 28 U.S.C. Section 1367 (Supplemental Jurisdiction over State Law Claims).

9.  AHG is informed and believes, and thereon alleges, that venue is proper in this District pursuant to 28 U.S.C. Sections 1391(b) and 1391(c) because a substantial portion of the events and actions giving rise to the claims occurred in this District.  AHG further alleges that this Court has personal jurisdiction over all of the Defendants, as: Defendants conduct their business activities in this District; Defendants have advertised, promoted, distributed and sold goods and/or services bearing or identified by an infringing mark in this District; and, each of the Defendants either resides

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

1   in, and/or owns a business located within, this District.

2

3               **FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS**

4

5       10.  APPLE HILL was a coined term, having no geographical significance or other meaning

6   to the public, when it was first selected and adopted by Member/Growers of a predecessor in interest

7   of AHG in July 1964.  Beginning in the fall of 1964, the public first became exposed to the APPLE

8   HILL Trademark and Service Mark.  Specifically, AHG began  the promotion of that mark  and

9   initiated the branding of the goods and services sold and provided to the public by Member/Growers

10  of AHG, under licenses granted by AHG to them.  AHG and all of its Member/Growers are located

11  in a region of the Sierra Foothills, generally east of Placerville, California.

12      11.  Under the APPLE HILL mark,  Plaintiff AHG has licensed the sale of goods and services,

13  in commerce, continuously since 1964 to the present, and such Trademark and Service Mark use has

14  inured to the benefit of AHG.

15      12.  The goods sold and the services provided under the APPLE HILL licenses include: Fresh

16  Fruit;  Fruit Juices; Cook Books; Printed Guides For Visitors To Fruit Orchards, Christmas Tree

17  Farms, and Wineries; Bakery Goods; Barbeque Sauce; Fruit Pies; Ketchup; Sauces; Spice Blends;

18  Live Christmas Trees; Fishing In Stocked Ponds; Pony Rides;  Restaurant Services; Providing Picnic

19  Areas; and Retail Sales Of Crafts And Gifts.

20      13.  Plaintiff AHG is also engaged in the business of providing Advertising And Promotional

21  Services, under the APPLE HILL Service Mark, for the goods and services of its Members/Growers

22  through: the maintenance of a Website www.applehill.com; the distribution of printed media; the

23  maintenance of social media accounts; providing a downloadable application for mobile devices;  the

24  distribution of printed materials; and, the display of authorized point of purchase signage indicating

25  Member/Grower membership and a unique member identification number for each Member/Grower.

26  AHG has provided Advertising and Promotional Services in commerce, continuously since 1964 with

27  respect to Member/Growers.

28      14.   Plaintiff AHG is further engaged in the business of providing Advertising and

**Law Offices Of
R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

Promotional Services under the APPLE HILL Service Mark, for the goods and services of others, through: the maintenance of a Website www.applehill.com; providing a downloadable application for mobile devices; and, the distribution of printed materials.  AHG has provided Advertising and Promotional Services in commerce, for the goods and services of others continuously since at least 1978.

15.  Plaintiff AHG is the owner of incontestible Federal Registration No. 1,945,541 (the '541 Registration), issued January 2, 1996, for Fresh Fruit, in International Class 31, and for Fruit Juices, in International Class 32.  A true and accurate copy of the '541 Registration is attached hereto, and identified as "Exhibit A".

16.   Plaintiff AHG is also the owner of valid and subsisting Federal Registration No. 5,034,321 (the '321 Registration), issued September 6, 2016, for: Cook Books, Printed Guides For Visitors To Fruit Orchards, Christmas Tree Farms, And Wineries, in International Class 16; Bakery Goods, Barbeque Sauce, Fruit Pies, Ketchup, Sauces, And Spice Blends, in International Class 30; and, Live Christmas Trees, in International Class 31.   A true and accurate copy of the '321 Registration is attached hereto, and identified as "Exhibit B".

17.  Plaintiff AHG has invested a substantial amount of time, effort and money in establishing and promoting the APPLE HILL mark from 1964 to the present.  As a consequence, hundreds of thousands of consumers have visited the business establishments of AHG's Member/Growers, and have been exposed to the various displays of the APPLE HILL mark, both as a Trademark and a Service Mark.  These same consumers have purchased APPLE HILL brand goods and services from AHG's licensed Member/Growers for over fifty years.

18. Hundreds of thousands of printed brochures, mainly in the form of a publication called the CIDER PRESS, have been distributed to members of the public for over fifty (50) years.  The mark APPLE HILL is prominently displayed on the cover and throughout this publication.  The CIDER PRESS includes advertisements for AHG's Member/Growers including a summary of the goods or services which each offers.  Each Member/Grower has a unique numerical identification which is indicated in connection with each summary.  The CIDER PRESS includes a map, with the location of each Member/Grower and the unique numerical identification associated with that

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

1  Member/Grower.  In that manner, the consumer can quickly locate the  business establishments of
2  interest to them for a visit.

3       19.  As a consequence of AHG's activities and undertakings, APPLE HILL has come to
4  identify and distinguish AHG's licensed goods and services, and the advertising and promotional
5  services it provides, from those provided by of others.  Such recognition of APPLE HILL, in the
6  minds of consumers, represents valuable goodwill for AHG, its Member/Growers, and their business
7  concerns.

8       20.  The foregoing sales activities and promotional undertakings also establish that Plaintiff
9  AHG  owns common law rights in APPLE HILL both as a Trademark and as a Service Mark, dating
10  back to 1964.

11       21. Defendants BRAD VISMAN,  KANDI VISMAN, and EL DORADO ORCHARDS, INC.,
12  doing business under various of the fictitious names recited above, were for many years prior to the
13  filing of the instant action, Member/Growers of AHG.  As such, these Defendants were licensees,
14  authorized to use the APPLE HILL mark in connection with their business activities.  In 2013, a
15  dispute arose between these Defendants and Plaintiff AHG regarding their improper use of the
16  APPLE HILL mark and their lack of loyalty to AHG.  In early 2014, such Defendants were removed
17  as members of AHG, and provided written notice of that fact.

18       22.  In view of the fact that Defendants BRAD VISMAN,  KANDI VISMAN, and EL
19  DORADO ORCHARDS, INC., were licensed by Plaintiff AHG to use the APPLE HILL mark, and
20  that license has now been revoked, such Defendants are estopped from challenging both the validity
21  and the ownership of the APPLE HILL mark.  Moreover, Defendants BRAD VISMAN,  KANDI
22  VISMAN, and EL DORADO ORCHARDS, INC., had actual knowledge of Plaintiff's prior rights
23  in and to the APPLE HILL mark for many years, including the period during which the events
24  complained of herein occurred.

25       23. On information and belief, Defendant MASON VISMAN registered the Internet Domain
26  Name  applehillca.com, on March 11, 2014.  Shortly thereafter, the Web Site www.applehillca.com
27  was activated, representing to the public that it was the "Official Site Of Apple Hill CA".  The Web
28  Site also included link "buttons" entitled Family Farms, Wine Tasting, Brewery, Weddings, Golf

**Law Offices Of
R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

-6-

COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

1  Resort, Review, and Mobile App.  Under the Reviews link, more than thirty business establishments
2  were listed, including many which are Member/Growers and licensees of Plaintiff AHG.  The Web
3  Site further indicated that there was an APPLE HILL "Visitor Center", having an address of 2952
4  Carson Road, Placerville, CA, 95667.  This is the same address where the business activities of
5  Defendants BRAD VISMAN, KANDI VISMAN, and EL DORADO ORCHARDS, INC. are carried
6  out.

7      24.  Currently, www.applehillca.com, under the direction and control of Defendant MASON
8  VISMAN, prominently displays APPLE HILL at the top of the first page, and shows scrolling images
9  of apples, candies, fresh fruit, and a train ride.  Under a link on this Web Site to "App", it is stated:
10  "The Official Apple Hill® App Provides Full Directory, Upcoming Events, Contact Information,
11  Interactive Map, Live Weather, Special Coupons, Inside Access to Area Farms, Wineries, Breweries,
12  & Much More".

13      25.  The Web Site www.applehillca.com  also currently indicates: "Apple Hill® Open 8am
14  to 6pm Daily 2952 Carson Road, Ste. 1, Placerville, CA (530)-417-4887".  Defendant MASON
15  VISMAN is using APPLE HILL as a business name, and is indicating to the public that there is an
16  APPLE HILL Visitors Center associated with that business.

17      26.  The Web Site www.applehillca.com further displays APPLE HILL along with the "twin
18  apple logo" which is associated with Boa Vista Wines, Boa Vista Vineyards, and Boa Vista Orchards,
19  all business operations owned by Defendants BRAD VISMAN, KANDI VISMAN, and EL
20  DORADO ORCHARDS, INC.  The "twin apple logo" has been used for many years in connection
21  with the aforementioned Boa Vista enterprises, and the "twin apple logo" is also prominently
22  displayed on the www.boavista.com Web Site along with the term "Boa Vista".

23      27.  The Web Site www.applehillca.com includes Internet links to the Web Site of Boa Vista
24  Orchards and Boa Vista Wines, www.boavista.com, which  owned and/or controlled by Defendants
25  BRAD VISMAN, KANDI VISMAN, and EL DORADO ORCHARDS, INC.

26      28.  The Web Site www.applehillca.com, under Defendant MASON VISMAN's direction and
27  control, falsely represents to the public that the Web Site is the "Official Site Of Apple Hill CA" and
28  that the Web Site is the source of "The Official Apple Hill® App".  Both of these representations are

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

-7-

1  an attempt to confuse the public into believing that the referenced Web Site is the genuine source of

2  APPLE HILL information and advertising services for the goods and services of APPLE HILL

3  Member/Growers, in complete derogation of AHG's prior rights.

4       29.  The Web Site www.applehillca.com, includes links which lead to the "Apple App Store"

5  and to "Google Play".  From these links, mobile applications ("apps"), which include the mark

6  APPLE HILL next to the Boa Vista "twin apple logo", can be downloaded.

7       30.  The Web Site www.applehillca.com, also includes links to several social media sites on

8  which APPLE HILL, along with the Boa Vista "twin apple logo" are prominently displayed .  Such

9  sites indicate that APPLE HILL is located at 2952 Carson Road, Placerville, CA (530)-417-4887, and

10  various goods and services of the Boa Vista enterprises are promoted on these sites.

11       31.  During the summer of 2017, a large billboard located on Highway 50 west of Placerville,

12  displayed the words BOA VISTA impressed over the "twin apple logo" on one side of the billboard.

13  On the other side of the billboard, it was indicated "APPLE HILL OPEN".  A true and accurate

14  photograph of that billboard is attached hereto, and identified as "Exhibit C".  Members of the public,

15  relying upon the information in this billboard, visited some of the business locations of Plaintiff

16  AHG's Member/Growers, displaying the unique APPLE HILL signage, used by each Member

17  Grower.  However, these business operations, being seasonal, were closed, and the potential

18  customers were turned away.

19       32.  The Web Site www.applehillca.com, the mobile applications, the social media sites,  and

20  the aforementioned billboard, are all attempts by Defendants to misappropriate the APPLE HILL

21  mark owned by Plaintiff AHG and to create a false association between BOA VISTA and the APPLE

22  HILL mark.

23       33.  On information and belief, Defendant MASON VISMAN also owns at least one other

24  Domain Name which incorporates the term APPLE HILL.  One such Domain Name is:

25  applehillmap.com.  When www.applehillmap.com is typed into the search field of a computer's

26  browser, the entered address is automatically changed to www.applehillca.com, and the user is

27  redirected to that Web Site owned by Defendant MASON VISMAN.

28       34.  Defendants BRAD VISMAN, KANDI VISMAN, and EL DORADO ORCHARDS, INC.

**Law Offices Of
R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

-8-

COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

1   sell goods marked with the term "Apple Hill Family Farm". These goods include Apple Cider, Fruit

2   Butters, Jams & Jellies, Fruit Spreads, Sauces and Syrups, Salad Dressing, BBQ Sauces, Olives,

3   Condiments, Fruit Preserves, Chutney & Marmalades, Pickeled Items, and Hot Sauces.

4      35. On information and belief, one or more of the named Defendants pays for advertising with

5   GOOGLE®. As a consequence, when a consumer performs a search for APPLE HILL using the

6   GOOGLE search engine, a special advertising insert is displayed, on the right-hand side of the screen.

7   A true and accurate copy of that advertising insert is attached hereto, and identified as "Exhibit D".

8   The insert shows APPLE HILL and includes a map showing a location for APPLE HILL. That

9   location is 2952 Carson Road, Placerville, CA, the same location where Defendants BRAD VISMAN,

10  KANDI VISMAN, and EL DORADO ORCHARDS, INC. sell goods under the Boa Vista tradename.

11     36. The above referenced advertising represents yet another example of Defendants' conscious,

12  willful, and improper efforts to conflate the APPLE HILL mark with Boa Vista's business operations.

13  The public is led to believe that an APPLE HILL "Visitor's Center" and Boa Vista are one and the

14  same. The public is led to believe that all of the goods sold at Boa Vista are licensed genuine APPLE

15  HILL goods, and that Boa Vista is a Member/Grower licensed by AHG.

16     37. All of the forgoing representations, uses, and references to APPLE HILL made by

17  Defendants were made and continue to be made, without the authority or consent of Plaintiff AHG,

18  and over the continued objections made by AHG which have been communicated to Defendants.

19     38. APPLE HILL and Apple Hill Family Farm, as used, promoted, and referenced by

20  Defendants, are terms identical or nearly identical to Plaintiff AHG's mark APPLE HILL, in sight,

21  sound and meaning.

22     39. The goods and services offered for sale and sold by Defendants, using, promoting, and

23  referencing the APPLE HILL mark and variants thereof, are highly similar if not identical, to those

24  goods and services promoted and sold by Plaintiff AHG, and they are sold in identical trade channels,

25  in the same geographic region, to identical classes of consumers

26     40. Approximately fifty years prior to the time Defendants began unlawfully using the APPLE

27  HILL mark as set forth above, Plaintiff first adopted and used its APPLE HILL mark. Since that first

28  use in 1964, Plaintiff has continuously used its APPLE HILL mark, both as a Trademark and as a

**Law Offices Of R. Michael West**
A Professional Corporation
Patent Trademark Copyright Law

COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

1   Service Mark.  Plaintiff AHG has both priority of use and priority of common law rights in and to the

2   APPLE HILL mark, over Defendants.

3       41.  In view of all the foregoing, the consuming public is likely to assume and believe, that the

4   advertising , representations, uses, references, and sales made by Defendants under the APPLE HILL

5   mark, originate from, are sponsored by, authorized by, approved by, or in some way affiliated with

6   Plaintiff AHG.  The APPLE HILL mark as advertised, represented, referenced, and used on goods sold

7   by Defendants, so closely resembles Plaintiff AHG's APPLE HILL mark, as to cause a likelihood of

8   consumer confusion, or to cause mistake as to the source of the goods and services, or to deceive the

9   consuming public.

10       42.  Plaintiff AHG asserts that it has sustained and will continue to sustain damage and be

11   irreparably harmed in the future, by all of the complained-of activities of Defendants in connection

12   with the APPLE HILL mark.

13

14   **<u>COUNT I</u>**

15   (Trademark Infringement Under 15 U.S.C. Section 1114)

16

17       43.  Plaintiff AHG incorporates by reference Paragraphs 1 through 42 above, as if fully set forth

18   herein.

19       44.  Defendants' imitation, copying, and unauthorized use in commerce of Plaintiff's Federally

20   Registered APPLE HILL mark, is likely to cause confusion, mistake, or to deceive the consuming

21   public by causing the erroneous impression that Defendants' products have been manufactured,

22   approved, sponsored, endorsed, guaranteed by, or are in some way affiliated with, Plaintiff AHG.

23       45  The imitation, copying, and unauthorized use of the APPLE HILL mark causes irreparable

24   injury to Plaintiff AHG, including injury to its business reputation and the goodwill it enjoys with

25   respect to the APPLE HILL mark.

26       46.  By reason of the foregoing, Defendants have infringed Plaintiff's APPLE HILL trademark,

27   and have violated and continue to violate, 15 U.S.C. Section 1114.

28       47.  Plaintiff AHG has no adequate  remedy at law for these injuries.  In addition, unless

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

-10-

1  Defendants are restrained and enjoined by this Court from continuing this imitation, copying and

2  unauthorized use of the APPLE HILL mark, these injuries will continue to occur.  Plaintiff is entitled

3  to an injunction restraining Defendants, their officers, directors, agents, and employees, and all persons

4  acting in concert with them, from engaging in such further acts, pursuant to 15 U.S.C. Section 1116.

5       48.  Plaintiff AHG is further entitled to Defendants' profits, Plaintiff's damages, costs, and

6  attorney's fees, pursuant to 15 U.S.C. Section 1117.

7

8  ### COUNT II

9  (Trademark Infringement and False Designation Of

10  Origin, Under 15 U.S.C. Section 1125(a))

11

12       49.  Plaintiff AHG incorporates by reference Paragraphs 1 through 48 above, as if fully set forth

13  herein.

14       50.  Defendants' unauthorized and infringing use of the APPLE HILL mark has confused and

15  is likely to continue to cause confusion, or to cause mistake, or to deceive the consuming public into

16  believing that Defendants' goods and services are authorized, sponsored or approved by or are

17  affiliated with Plaintiff AHG.

18       51.  Defendants' acts constitute trademark infringement of the APPLE HILL mark and false

19  designation of origin, in violation of 15 U.S.C. Section 1125(a), entitling Plaintiff AHG to relief.

20       52.  Owing to Defendants' acts, Plaintiff AHG is, and will continue to be, irreparably harmed

21  if Defendants are not enjoined.  Plaintiff AHG's remedy at law is not adequate to compensate it for

22  the injuries inflicted, and Plaintiff is therefore entitled to injunctive relief pursuant to 15 U.S.C.

23  Section 1116.

24       53.  The above-described acts of Defendants have irreparably harmed, and if not enjoined, will

25  continue to irreparably harm, the consuming public, which has an interest in being free from confusion,

26  mistake, and deception.

27       54.  Plaintiff AHG is further entitled to Defendants' profits, Plaintiff's damages, costs, and

28  attorney's fees, pursuant to 15 U.S.C. Section 1117.

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

**COUNT III**

(Anti-Cybersquatting Consumer Protection Act,

Under 15 U.S.C. Section 1125(d))

55.   Plaintiff AHG incorporates by reference Paragraphs 1 through 54 above, as if fully set forth herein.

56.   Defendant MASON VISMAN's registration of the Domain Names applehillca.com  and applehillmap.com violates the Lanham Act's Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. Section 1125(d).

57.   The Domain Names applehillca.com and applehillmap.com comprise marks that are distinctive as defined by 15 U.S.C. Section 1125, and were distinctive, at the time of the registration of the Domains.

58.   Defendant MASON VISMAN's Domain Names applehillca.com and applehillmap.com are substantially identical to and indistinguishable from the APPLE HILL Trademark and Service mark owned by Plaintiff AHG, and said Domain Names are therefore confusingly similar to the APPLE HILL Trademark and Service mark pursuant to 15 U.S.C. Section 1125(d)(1)(A)(ii)(1).

59.   Upon information and belief, Defendant MASON VISMAN's  actions were conducted in bad faith with an intent to profit from the use of the APPLE HILL Trademark and Service Mark.

60.   Upon information and belief, Defendant MASON VISMAN has no rights or legitimate interest in the Domain Names applehillca.com and applehillmap.com, and Defendant MASON VISMAN has no good faith in such Domain Names, as they were adopted and registered in bad faith.

61.   Upon information and belief, Defendant MASON VISMAN has no use of the APPLE HILL Trademark and Service mark that would qualify as a bona fide non-commercial or fair use of the mark in a website accessible under the Domain Names, but instead operates a commercial website intended improperly to attract and divert Internet customers from Plaintiff's website to the Defendant's website at the Domain Names, for commercial gain.

62.   Defendant MASON VISMAN's actions harm the goodwill of Plaintiff AHG, tarnish Plaintiff's reputation and the APPLE HILL Trademark and Service Mark, and create a likelihood of

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

-12-
COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

1  confusion as to the source, sponsorship, affiliation, and endorsement of Defendant's website by

2  Plaintiff.

3        63.  By virtue of these acts by Defendant MASON VISMAN, Plaintiff has suffered, and will

4  continue to suffer, damages and irreparable harm unless Defendant MASON VISMAN is preliminarily

5  and permanently enjoined by this Court from using the Domain Names to infringe the APPLE HILL

6  Trademark and Service Mark, and is ordered to transfer ownership of the Domain Names, as well as

7  any other Domain Names that may be discovered to be similarly infringing, to Plaintiff.

8

9  ## **COUNT IV**

10  (Violation Of California Unfair Competition Law, Under

11  California Business & Professions Code, Sections 17200, 17500 et seq.)

12

13        64.  Plaintiff AHG incorporates by reference Paragraphs 1 through 63 above, as if fully set forth

14  herein.

15        65.  Plaintiff AHG is informed and believes and thereon alleges that Defendants are in direct

16  competition with AHG.

17        66.  Defendants' willful, knowing and unauthorized promotion, advertisement, sale and

18  offering for sale of infringing goods and services, causing confusion as to the source of the goods and

19  services and causing harm to AHG's goodwill, comprise misleading statements and constitute an

20  unlawful appropriation of AHG's exclusive rights in and to the APPLE HILL mark.

21        67.  By selling and offering for sale, goods and services in connection with infringing a mark

22  as set forth above, Defendants are in violation of AHG's proprietary rights thereby constituting unfair

23  competition.  Such acts constitute unlawful, unfair, deceptive and/or fraudulent trade practices and

24  unfair competition in violation of California Business & Professions Code Sections 17200, 17500 *et*

25  *seq*.

26        68.  As a direct and proximate result of Defendants' wrongful conduct, AHG has suffered

27  injury in fact, which includes injury to AHG's goodwill, and actual confusion between Defendants'

28  goods and services and those of Plaintiff.

**Law Offices Of**
**R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

-13-
COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

69.  These wrongful acts have proximately caused and will continue to cause AHG substantial injury, including confusion of existing and potential customers, and injury to its reputation and goodwill.  The harm these wrongful acts will cause to AHG is both imminent and irreparable, and the amount of harm sustained by AHG will be impossible to ascertain if these acts continue.  Accordingly, AHG has no adequate remedy at law.

70.  Pursuant to California Business & Professions Code Section 17203, AHG is entitled to a preliminary and permanent injunction restraining Defendants, their respective officers, directors, agents, employees, and all persons acting in concert with them, from engaging in further such unlawful conduct.

## **COUNT V**

### (Violation Of California Common Law - Unfair Competition)

71.   Plaintiff AHG incorporates by reference Paragraphs 1 through 70 above, as if fully set forth herein.

72.   As set forth above, Defendants are competitors of AHG, and Defendants' conduct constitutes unfair competition under California common law.

73.   By reason of Defendants' conduct, AHG has sustained and will continue to sustain, substantial injury as set forth above.

74.   Further irreparable harm and injury to AHG is imminent as a result of Defendants' conduct, and AHG is without an adequate remedy at law.

75.  Plaintiff AHG is therefore entitled to an injunction restraining Defendants, their respective officers, directors, agents, employees, and all persons acting in concert with them, from engaging in further acts of unfair competition.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

**Law Offices Of
R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

-14-
COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

1.  That the Court enter judgment against each Defendant respectively, that:

        a.  Defendants infringed the rights of Plaintiff respecting Plaintiff's Federally registered Trademark, in violation of 15 U.S.C. Section 1114;

        b.  Defendants infringed the rights of Plaintiff in the Plaintiff's Trademark and Service Mark, in violation of 15 U.S.C. Section 1125(a);

        c.  Defendant MASON VISMAN violated 15 U.S.C. 1125(d), in registering and commercially using Domain Names incorporating APPLE HILL;

        d.  Defendants engaged in unfair competition and deceptive acts and practices in violation of California Business & Professions Code Sections 17200, 17500 *et seq.*; and,

        e.  Defendants engaged in unfair competition and deceptive acts and practices, in violation of California common law.

2.  That the Court enter judgment against each Defendant that the acts set forth in 1(a) through 1(e), above, were willful and intentional making this an exceptional case.

3.  That the Court issue preliminary and permanent injunctions enjoining and restraining Defendants and their respective officers, directors, agents, employees, and all persons acting in concert with them, from engaging in any infringing activity including advertising, promoting, marketing, franchising, distributing, selling, and offering for sale, any goods or services in connection with the APPLE HILL mark or any mark confusingly similar to the APPLE HILL mark.

4.  That the Court issue an Order requiring Defendants to deliver up to Plaintiff AHG for destruction, any and all packaging, advertising and promotional materials in Defendants' possession, custody, or control, which contain or display APPLE HILL in an infringing manner.

5.  That the Court issue an Order requiring Defendant MASON VISMAN to transfer ownership of the Domain Names applehillca.com and applehillmap.com and any other Domain Names incorporating "APPLE HILL" which are discovered in the course of the litigation, to Plaintiff.

6.  That the Court issue an Order requiring Defendants to account for, and pay to Plaintiff APPLE HILL GROWERS, any and all profits arising from the foregoing acts, and increasing such award of profits, including trebling them pursuant to 15 U.S.C. Section 1117, and any other applicable provisions of law.

**Law Offices Of
R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

-15-
COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

7.   That the Court issue an Order requiring Defendants to pay Plaintiff APPLE HILL GROWERS damages in an amount as yet undetermined caused by the foregoing acts, and trebling such damages amount pursuant to 15 U.S.C. Section 1117, and any other applicable provisions of law.

8.   That the Court finds this case to be exceptional and award Plaintiff reasonable attorneys' fees pursuant to 15 U.S.C. Section 1117, California law, and any other applicable provisions of law.

9.   That the Court awards Plaintiff its costs of suit incurred herein.

10.   For such other or further relief as the Court may deem just and proper.

## **Jury Demand**

Pursuant to Federal Rules Of Civil Procedure, Rule 38, Plaintiff APPLE HILL GROWERS respectfully demands a trial by jury on all issues properly triable by a jury in this action.

Dated: October 9, 2017                    Respectfully submitted,


  */s/* R. Michael West
R. Michael West (SBN 84336)
Law Offices of R. Michael West, APC
1922 21st Street
Sacramento, California 95811
Telephone  (916) 444-5444
Facsimile   (916) 444-5441
E-mail: mwest@saciplaw.com


  */s/* Catherine Ashley Straight
Catherine Ashley Straight  (SBN 119339)
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, California 95811
Telephone  (916) 443-9400
Facsimile   (916) 444-5441
E-mail: cstraight@cas-law.com


*Attorneys for Plaintiff  APPLE HILL GROWERS*

**Law Offices Of
R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

-16-

COMPLAINT FOR TRADEMARK INFRINGEMENT, LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| APPLE HILL GROWERS, | ) | Case No. |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EL DORADO ORCHARDS, INC., | ) | |
| BRAD VISMAN, KANDI VISMAN, | ) | |
| and MASON VISMAN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**COMPLAINT FOR TRADEMARK INFRINGEMENT,**
**LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION**

# EXHIBIT A

Int. Cls.: 31 and 32

Prior U.S. Cls.: 1, 45, 46 and 48

**Reg. No. 1,945,541**

## United States Patent and Trademark Office    Registered Jan. 2, 1996

### TRADEMARK
#### PRINCIPAL REGISTER

### APPLE HILL

APPLE HILL GROWERS ASSOCIATION (CALI-
    FORNIA CORPORATION)
P.O. BOX 494
CAMINO, CA 95709

    FOR: FRESH FRUIT, IN CLASS 31 (U.S. CLS.
1 AND 46).
    FIRST USE 7–31–1966; IN COMMERCE
7–31–1966.
    FOR: FRUIT JUICES, IN CLASS 32 (U.S. CLS.
45, 46 AND 48).

    FIRST USE 7–31–1966; IN COMMERCE
7–31–1966.
    NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "APPLE", APART FROM THE
MARK AS SHOWN.

    SER. NO. 74–617,750, FILED 1–4–1995.

JULIA S. SHIELDS, EXAMINING ATTORNEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| APPLE HILL GROWERS, | ) | Case  No. |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| EL DORADO ORCHARDS, INC., | ) | |
| BRAD VISMAN, KANDI VISMAN, | ) | |
| and MASON VISMAN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**COMPLAINT FOR TRADEMARK INFRINGEMENT,
LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION**

# EXHIBIT B

# United States of America

## United States Patent and Trademark Office

# APPLE HILL

**Reg. No. 5,034,321**

**Registered Sep. 06, 2016**

**Int. Cl.: 16, 30, 31**

**Trademark**

**Principal Register**

Apple Hill Growers (CALIFORNIA CORPORATION)
PO BOX 494
CAMINO, CA 95709

CLASS 16: Cook books; Printed guides for visitors to fruit orchards, Christmas tree farms, and wineries

FIRST USE 00-00-1964; IN COMMERCE 00-00-1964

CLASS 30: Bakery goods; Barbeque sauce; Fruit pies; Ketchup; Sauces; Spice blends

FIRST USE 00-00-1964; IN COMMERCE 00-00-1964

CLASS 31: Live Christmas trees

FIRST USE 00-00-1965; IN COMMERCE 00-00-1965

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1945541

No claim is made to the exclusive right to use the following apart from the mark as shown: "APPLE"

SER. NO. 86-631,461, FILED 05-15-2015
SHA MCPHERSON RAYBURN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| APPLE HILL GROWERS, | ) | Case  No. |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| EL DORADO ORCHARDS, INC., | ) | |
| BRAD VISMAN, KANDI VISMAN, | ) | |
| and MASON VISMAN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**COMPLAINT FOR TRADEMARK INFRINGEMENT,
LANHAM ACT VIOLATIONS, AND UNFAIR COMPETITION**

# EXHIBIT C

