| TO:<br><br>**Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Eastern California on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>2:17–CV–02085–TLN–CKD | DATE FILED<br>10/10/17 | **US District Court Eastern California**<br>**Sacramento** |
|---|---|---|
| PLAINTIFF<br><br>**APPLE HILL GROWERS,** | | DEFENDANT<br><br>**EL DORADO ORCHARDS, INC., ET AL.,** |
| **PATENT OR**<br>**TRADEMARK NO.** | **DATE OF PATENT**<br>**OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| **1** 1,945,541 | January 02, 1996 | Apple Hill Growers Association |
| **2** 5,034,321 | September 06, 2016 | Apple Hill Growers |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleadings | |
|---|---|---|
| **PATENT OR**<br>**TRADEMARK NO.** | **DATE OF PATENT**<br>**OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|