# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**APPLE HILL GROWERS ,**

                V.                  **SUMMONS IN A CIVIL CASE**

**EL DORADO ORCHARDS, INC., ET AL. ,**

                                        CASE NO:  **2:17–CV–02085–TLN–CKD**

TO:  **El Dorado Orchards, Inc., Brad Visman, Kandi Visman, Mason Visman**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Robert Michael West**
**Law Offices of R. Michael West, APC**
**1922 21st Street**
**Sacramento, CA 95811**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARIANNE MATHERLY**
CLERK

**/s/  K. Zignago**

(By) DEPUTY CLERK



**ISSUED ON 2017–10–10 10:39:39.0**, Clerk
USDC EDCA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Catherine Ashley Straight | SBN: 110333 |
| Law Office of Catherine Ashley Straight |
| 1922 21st Street  Sacramento, CA 95811 |
| TELEPHONE NO.:  | FAX NO.  | E-MAIL ADDRESS (Optional): |
| ATTORNEY FOR (Name): : |

United States District Court-Eastern District of California
  STREET ADDRESS: 501 I Street, 4-200
  MAILING ADDRESS:
  CITY AND ZIP CODE: Sacramento, CA 95814
  BRANCH NAME: Sacramento/Eastern District

| PLAINTIFF/PETITIONER: Apple Hill Growers | CASE NUMBER: |
| DEFENDANT/RESPONDENT: El Dorado Orchards, Inc. | 2:17-CV-02085-TLN-CKD |

| PROOF OF DELIVERY | Ref. No. or File No.: 11125-Lit |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I DELIVERED COPIES OF THE FOLLOWING DOCUMENTS:

Summons; Complaint; Civil Case Cover Sheet; Notice of Availability of a Magistrate Judge; Trademark Report; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program; Order Requiring Joint Status Report;

PARTY SERVED: El Dorado Orchards, Inc.
PERSON SERVED: BRAD D VISMAN - AGENT FOR SERIVE
DATE & TIME OF DELIVERY: 10/17/2017  1:52 PM
ADDRESS, CITY, AND STATE: 2952 Carson Road
Placerville, CA 95667

PHYSICAL DESCRIPTION:
Age: 45     Weight: 185     Hair: Brn
Sex: Male   Height: 6'3     Eyes:
Skin: White              Marks:

Fee for Service: $ 109.50
  County: Sacramento
  Registration No.: 2015-10
  Cal Legal Support Group
  3104 O Street, Suite 291
  Sacramento, CA 95816
  (916) 441-4396
  Ref: 11125-Lit

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 18, 2017

Signature: _____
           Katrina Williams

PROOF OF DELIVERY

Order#: CP51633

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Catherine Ashley Straight | SBN: 119339 | |
| Law Office of Catherine Ashley Straight | |
| 1922 21st Street  Sacramento, CA 95811 | |

TELEPHONE NO.: | FAX NO. | E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: :

United States District Court-Eastern District of California
  STREET ADDRESS: 501 I Street, 4-200
  MAILING ADDRESS:
  CITY AND ZIP CODE: Sacramento, CA 95814
  BRANCH NAME: Sacramento/Eastern District

PLAINTIFF/PETITIONER: Apple Hill Growers
DEFENDANT/RESPONDENT: El Dorado Orchards, Inc.

CASE NUMBER: 2:17-CV-02085-TLN-CKD

**PROOF OF DELIVERY**

Ref. No. or File No.: 11125-Lit

---

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I DELIVERED COPIES OF THE FOLLOWING DOCUMENTS:

Summons; Complaint; Civil Case Cover Sheet; Notice of Availability of a Magistrate Judge; Trademark Report; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program; Order Requiring Joint Status Report;

PARTY SERVED: Brad Visman
DATE & TIME OF DELIVERY: 10/17/2017 1:53 PM
ADDRESS, CITY, AND STATE: 2952 Carson Road, Placerville, CA 95667
PHYSICAL DESCRIPTION:
  Age: 45   Weight: 185   Hair: Brn
  Sex: Male   Height: 6'3   Eyes:
  Skin: White   Marks:

Fee for Service: $ 45.00
County: Sacramento
Registration No.: 2015-10
Cal Legal Support Group
3104 O Street, Suite 291
Sacramento, CA 95816
(916) 441-4396
Ref: 11125-Lit

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 18, 2017

Signature: _____
Katrina Williams

**PROOF OF DELIVERY**

Order#: CP51634

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Catherine Ashley Straight   SBN: 119339<br>Law Office of Catherine Ashley Straight<br>1922 21st Street   Sacramento, CA 95811 | |
| TELEPHONE NO.:   | FAX NO.   | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

| United States District Court-Eastern District of California |
|---|
| STREET ADDRESS: 501 I Street, 4-200 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Sacramento, CA 95814 |
| BRANCH NAME: Sacramento/Eastern District |

| PLAINTIFF/PETITIONER: Apple Hill Growers | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: El Dorado Orchards, Inc. | 2:17-CV-02085-TLN-CKD |
| **PROOF OF DELIVERY** | Ref. No. or File No.: 11125-Lit |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I DELIVERED COPIES OF THE FOLLOWING DOCUMENTS:

**Summons; Complaint; Civil Case Cover Sheet; Notice of Availability of a Magistrate Judge; Trademark Report; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program; Order Requiring Joint Status Report;**

PARTY SERVED:   **Mason Visman**

DATE & TIME OF DELIVERY:   **10/17/2017**
**2:03 PM**

ADDRESS, CITY, AND STATE:   **2629 Carson Road**
**Placerville, CA 95667**

PHYSICAL DESCRIPTION:
Age: 25+   Weight: 175   Hair: Blond
Sex: Male   Height: 6'1   Eyes:
Skin: White   Marks:

Fee for Service: $ 109.50
County: Sacramento
Registration No.: 2015-10
Cal Legal Support Group
3104 O Street, Suite 291
Sacramento, CA 95816
(916) 441-4396
Ref: 11125-Lit

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on   October 18, 2017

Signature: _____
Katrina Williams

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Catherine Ashley Straight | SBN: 119339<br>Law Office of Catherine Ashley Straight<br>1922 21st Street   Sacramento, CA 95811 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:   | FAX NO.   | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

| United States District Court-Eastern District of California |
|---|
| STREET ADDRESS: 501 I Street, 4-200 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Sacramento, CA 95814 |
| BRANCH NAME: Sacramento/Eastern District |

| PLAINTIFF/PETITIONER: Apple Hill Growers | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: El Dorado Orchards, Inc. | 2:17-CV-02085-TLN-CKD |
| **PROOF OF DELIVERY** | Ref. No. or File No.: 11125-Lit |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I DELIVERED COPIES OF THE FOLLOWING DOCUMENTS:

Summons; Complaint; Civil Case Cover Sheet; Notice of Availability of a Magistrate Judge; Trademark Report; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program; Order Requiring Joint Status Report;

PARTY SERVED: Kandi Visman
DATE & TIME OF DELIVERY: 10/17/2017   1:54 PM
ADDRESS, CITY, AND STATE: 2952 Carson Road, Placerville, CA 95667

PHYSICAL DESCRIPTION:
- Age: 45+
- Sex: Female
- Skin: White
- Weight: 145
- Height: 5'8
- Marks:
- Hair: Brn
- Eyes:

Fee for Service: $ 109.50
County: Sacramento
Registration No.: 2015-10
Cal Legal Support Group
3104 O Street, Suite 291
Sacramento, CA 95816
(916) 441-4396
Ref: 11125-Lit

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 18, 2017

Signature: _____
Katrina Williams

**PROOF OF DELIVERY**

Order#: CP51635