1  PAUL W. REIDL (SBN 155221)
   Law Office of Paul W. Reidl
2  285 Troon Way
   Half Moon Bay, CA 94019
3  Telephone: (650) 560-8530

4  *Attorney for Defendants*

5              **UNITED STATES DISTRICT COURT**

6             **EASTERN DISTRICT OF CALIFORNIA**

7                  **(SACRAMENTO DIVISION)**

| | |
|---|---|
| **APPLE HILL GROWERS,** | Case No. 2:17-cv-02085-TLN-CKD |
| Plaintiff, | **NOTICE OF MOTION** |
| v. | Date:  December 14, 2017 |
| **EL DORADO ORCHARDS, et al.,** | Time:  2:00 pm |
| Defendant. | Courtroom: 2, 15th Floor |

   TO:    Plaintiff, Apple Hill Growers, and its attorneys of record:

   PLEASE TAKE NOTICE that Defendants El Dorado Orchards, Mason Visman, Brad Visman and Kandi Visman will and hereby do move to dismiss Defendants Brad and Kandi Visman from the case, Claims I, II, IV and V against Mason Visman, and Claims I, II, IV and V against El Dorado Orchards and Brad and Kandi Visman to the extent they are based on the "Twin Apple Logo." Defendants also move for summary judgment on Claims IV and V because the statute of limitations has expired.  Any hearing on this motion will be held at 2:00 p.m. in Courtroom 2, on December 14, 2017, the Honorable Troy L. Nunley, presiding.

   This motion is made pursuant to Federal Rules of Civil Procedure 12 (b)(6) and 56, including without limitation Rule 56 (a) and Local Rules 230 and 260.  This motion is based on: this Notice of Motion; the accompanying Memorandum; Defendants' Statement of Undisputed Facts; the

1  Declaration of Mason Visman; the Exhibits and testimony attached thereto; and on such oral and

2  documentary evidence, argument and authorities as may be presented in reply and at the hearing.

3                                                        Respectfully Submitted,

4                                        **LAW OFFICE OF PAUL W. REIDL**

5

6                                    By:   /s/ Paul W. Reidl

7                                    PAUL W. REIDL (SBN 155221)
   Law Office of Paul W. Reidl
   285 Troon Way
8  Dated: November 6, 2017        Half Moon Bay, CA 94019
   Telephone: (650) 560-8530
   Email: paul@reidllaw.com
9
                                  *Attorney for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF MOTION

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California.  I am a member of the Bar of the above-entitled Court.  My business address is 285 Troon Way, Half Moon Bay, California, 94019

On November 6, 2017, I served the following document (attached hereto):

**NOTICE OF MOTION**

**(XX)** **VIA CM/ECF FILING SYSTEM.**  The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on November 6, 2017:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on November 6, 2017, at Half Moon Bay, California.

/s/ Paul W. Reidl