```
 1  PAUL W. REIDL (SBN 155221)
    Law Office of Paul W. Reidl
 2  285 Troon Way
    Half Moon Bay, CA 94019
 3  Telephone: (650) 560-8530

 4  Attorney for Defendants
```

5                 UNITED STATES DISTRICT COURT

6                 EASTERN DISTRICT OF CALIFORNIA

7                     (SACRAMENTO DIVISION)

| | |
|---|---|
| **APPLE HILL GROWERS,** | Case No. 2:17-cv-02085-TLN-CKD |
| Plaintiff, | **STATEMENT OF UNDISPUTED FACTS** |
| v. | Date: December 14, 2017 |
| **EL DORADO ORCHARDS, et al.,** | Time: 2:00 pm |
| Defendant. | Courtroom: 2, 15th Floor |

Defendants El Dorado Orchards, Mason Visman, Brad Visman and Kandi Visman submit this Statement of Undisputed Facts in support of their motion for summary judgment.

| No. | Fact | Evidence |
|---|---|---|
| 1 | On August 23, 2013, Plaintiff's attorney, John P. Costello, sent a letter to Mason Visman, Brad Visman, and Boa Vista Orchards ("Demand Letter.") | Declaration of Mason Visman ("Visman Decl."), ¶ 1, Exhibit 1. |
| 2 | The Demand Letter cited and attached Plaintiff's trademark registration for APPLE HILL, no. 1,945,541. | Id. |
| 3 | The Demand Letter accused the Visman's of "numerous infringements" of trademark registration no. 1,945,541. | Id. |

STATEMENT OF UNDISPUTED FACTS

| | | |
|---|---|---|
| 4 | The Demand Letter claimed that the infringement was occurring on the web site www.visitapplehill.com. This resolves onto www.applehillca.com. | Id. and Visman Decl. ¶ 5. |
| 5 | The Demand Letter claimed that the web site was selling fruits and juices that contained the mark APPLE HILL. | Visman Decl ¶ 1 and Exh. 1. |
| 6 | The Demand Letter cited the trademark application filed by Mason Visman. This became trademark registration no. 4,682,963. | Id. |
| 7 | The Demand Letter demanded that the domain name be changed to delete the term "apple hill." | Id. |
| 8 | The Demand Letter demanded that the trademark application be abandoned. | Id. |
| 9 | The Demand Letter gave the Visman's two weeks to respond. | Id. |
| 10 | The Demand Letter stated that if the Visman's did not comply with the demand the growers' association "will avail itself of all legal options to enforce its trademark in a court of law. | Id. |
| 11 | The Visman's refused to comply with the demand. | Id. ¶ 2. |

Respectfully submitted,

**LAW OFFICE OF PAUL W. REIDL**

By: /s/ Paul W. Reidl

PAUL W. REIDL (SBN 155221)
Law Office of Paul W. Reidl
285 Troon Way
Half Moon Bay, CA 94019
Telephone: (650) 560-8530
Email: paul@reidllaw.com

Dated: November 6, 2017

*Attorney for Defendants*

Page 2
STATEMENT OF UNDISPUTED FACTS

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 285 Troon Way, Half Moon Bay, California, 94019

On November 6, 2017, I served the following document (attached hereto):

**STATEMENT OF UNDISPUTED FACTS**

**(XX)  VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on November 6, 2017:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on November 6, 2017, at Half Moon Bay, California.

/s/ Paul W. Reidl