1 | PAUL W. REIDL (SBN 155221)
Law Office of Paul W. Reidl
2 | 285 Troon Way
Half Moon Bay, CA 94019
3 | Telephone: (650) 560-8530

4 | *Attorney for Defendants*

5 | UNITED STATES DISTRICT COURT

6 | EASTERN DISTRICT OF CALIFORNIA

7 | (SACRAMENTO DIVISION)

8 | **APPLE HILL GROWERS,** | Case No. 2:17-cv-02085-TLN-CKD

9 | Plaintiff, | **DECLARATION OF MASON VISMAN**

10 | v. | **Date:** December 14, 2017

11 | **EL DORADO ORCHARDS, et al.,** | **Time:** 2:00 pm

12 | Defendant. | **Courtroom:** 2, 15th Floor

13 | | **Hon. Troy L. Nunley**

14 | I, Mason Visman, declare as follows:

15 | 1. I am a Defendant in this case. I make this Declaration based on personal knowledge.

16 | If called as a witness I could testify to the following facts.

17 | 2. Brad Visman is my father.

18 | 3. Attached as Exhibit 1 to this Declaration is a true and correct copy of a letter I

19 | received from John P. Costello sent on behalf of Apple Hill Growers Association ("Demand

20 | Letter.") This document is maintained by me in my files in the ordinary course of business and is

21 | an official business record of my business.

22 | 4. The letter accused my father, Boa Vista Orchards, and me of infringing the APPLE

23 | HILL trademark by operating a web site, www.visitapplehill.com and by allegedly selling goods

24 | with an APPLE HILL trademark. The letter is dated August 23, 2013.

1       5.       The domain name www.visitapplehill.com resolves onto www.applehillca.com.

2       6.       I retained counsel after I received the Demand Letter.

3       7.       The Demand Letter demanded that we stop the infringing conduct in two weeks. It said that if we did not, we would be sued.

8.       We did not stop the infringing conduct because we did not believe we were doing anything wrong. I and Boa Vista Orchards are still doing the same things today as were complained of in August 2013.

9.       The trademark application cited in the Demand Letter became registration no. 4,682,963.

Executed on November 6, 2017 at Placerville, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                /s/ Mason Visman
                                                Mason Visman

STATEMENT OF UNDISPUTED FACTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 285 Troon Way, Half Moon Bay, California, 94019

On November 6, 2017, I served the following document (attached hereto):

**DECLARATION OF MASON VISMAN**

**(XX)** **VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on November 6, 2017:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on November 6, 2017, at Half Moon Bay, California.

/s/ Paul W. Reidl

STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 1