1  PAUL W. REIDL (SBN 155221)
   Law Office of Paul W. Reidl
2  285 Troon Way
   Half Moon Bay, CA 94019
3  Telephone: (650) 560-8530

4  *Attorney for Defendants*

5              **UNITED STATES DISTRICT COURT**

6              **EASTERN DISTRICT OF CALIFORNIA**

7                   **(SACRAMENTO DIVISION)**

| 8  | **APPLE HILL GROWERS,** | Case No. 2:17-cv-02085-TLN-CKD |
|----|--------------------------|-------------------------------|
| 9  | Plaintiff, | **ORDER [PROPOSED]** |
| 10 | v. | **Date:** December 14, 2017 |
| 11 | **EL DORADO ORCHARDS, et al.,** | **Time:** 2:00 pm |
| 12 | Defendant. | **Courtroom:** 2, 15th Floor |
| 13 | | **Hon. Troy L. Nunley** |

14  The matter having come before the Court on Defendant's Motion to Dismiss and for Summary

15  Judgment, and the Court having considered the briefs and arguments of the parties, the Court hereby

16  Orders as follows:

17  1.   All Claims against Defendants Brad and Kandi Visman are dismissed without

18  prejudice.

19  2.   All Claims against Defendants Brad and Kandi Visman, and El Dorado Orchards, based

20  on their "Twin Apple Logo" are dismissed with prejudice.

21  3.   Claims I, II, IV and V against Defendant Mason Visman are dismissed with prejudice.

22  4.   Claims IV and V are dismissed with prejudice as they are barred by the Statute of

23  Limitations.

24  //

1 | SO ORDERED

2 |

3 | _____

4 | TROY L. NUNLEY

5 | UNITED STATES DISTRICT JUDGE

6 |

7 | Dated: _____

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

ORDER [PROPOSED]

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 285 Troon Way, Half Moon Bay, California, 94019

On November 6, 2017, I served the following document (attached hereto)

**ORDER [PROPOSED]**

**(XX)** **VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on November 6, 2017:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on November 6, 2017, at Half Moon Bay, California.

/s/ Paul W. Reidl

ORDER [PROPOSED]