R. Michael West (SBN 84336)
mwest@saciplaw.com
LAW OFFICES OF R. MICHAEL WEST, APC
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444
Facsimile: (916) 444-5441

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
LAW OFFICES OF
CATHERINE ASHLEY STRAIGHT
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-443-9400
Facsimile: (916) 444-5441

Attorneys for Plaintiff
APPLE HILL GROWERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS,<br><br>  Plaintiff,<br><br>  vs.<br><br>EL DORADO ORCHARDS, INC.,<br>BRAD VISMAN, KANDI VISMAN,<br>and MASON VISMAN,<br><br>  Defendants. | Case No. 2:17-CV-02085-TLN-CKD<br><br>STATEMENT OF GENUINE ISSUES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V<br><br>Date:  December 14, 2017<br>Time:  2:00 P.M.<br>Courtroom:   2, 15th Floor<br>Judge:  Honorable Troy L. Nunley |

Plaintiff APPLE HILL GROWERS submits this Statement Of Genuine Issues in opposition to Defendants' Motion For Summary Judgment regarding Counts IV and V of the Complaint, pursuant to Eastern District Of California Local Rule 260(b).

Reproduced below are the itemized facts with reference to the supporting evidence set forth

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

-1-   2:17-CV-02085-TLN-CKD
STATEMENT OF GENUINE ISSUES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

in the Defendants' Statement Of Undisputed Facts submitted in support of the Motion. Said facts are numbered 1 through 11, and Plaintiff's responses to each such fact are set forth opposite such fact.

Following the foregoing described section, is Plaintiff's Statement Of Disputed Facts And Additional Undisputed Facts precluding the grant of Defendants' Motion.

| No. | Defendants' Alleged Undisputed Facts and Cited Evidence | No. | Plaintiff's Response And Supporting Evidence |
|---|---|---|---|
| 1 | On August 23, 2013, Plaintiff's attorney, John P. Costello, sent a letter to Mason Visman, Brad Visman, and Boa Vista Orchards ("Demand Letter.") *EVIDENCE*: Declaration of Mason Visman ("Visman Decl."), ¶ 1, Exhibit 1. | 1 | Plaintiff denies this is undisputed. *RESPONSE:* There was no Exhibit 1 was attached to M. Visman Declaration. Plaintiff is informed and believes Mr. Costello sent a letter dated *August 3, 2013*, to Mason Visman, Brad D. Visman and Boa Vista Orchards, regarding trademark infringement and use by the Visman Enterprises of the registered mark in a manner outside Plaintiff's bylaws and rules for its Member/Growers. |
| 2 | The Demand Letter cited and attached Plaintiff's trademark registration for APPLE HILL, no. 1,945,541. *EVIDENCE:* Id. | 2 | Plaintiff admits that the August 3, 2013 letter referenced and attached a copy of Plaintiff's Registration Certificate No. 1,945,541. |
| 3 | The Demand Letter accused the Visman's [sic] of "numerous infringements" of trademark registration no. 1,945,541. *EVIDENCE:* Id. | 3 | Plaintiff admits that the August 3, 2013 letter represented that there were numerous infringements of Plaintiff's APPLE HILL mark on the web site www.visitapplehill.com. |
| 4 | The Demand Letter claimed that the infringement was occurring on the web site www.visitapplehill.com. This resolves onto www.applehillca.com. *EVIDENCE:* Id. and Visman Decl. ¶ 5. | 4 | Plaintiff admits that the August 3, 2013 letter asserted that the Visman Enterprises were infringing Plaintiff's APPLE HILL mark by using it on the web site www.visitapplehill.com; but denies that the remaining assertion is undisputed. *RESPONSE:* It was impossible for the web site www.visitapplehill.com to "resolve" to www.applehillca.com at any time in 2013, because the Domain Name APPLEHILLCA.COM was not created until March 11, 2014, and the website related thereto did not exist until after that date. *See,* Decl. C Straight, ¶ 5, Exh. B, Screenshot of Whois data from Registrar of Domain. |

| | | | |
|---|---|---|---|
| 5 | The Demand Letter claimed that the web site was selling fruits and juices that contained the mark APPLE HILL. *EVIDENCE:* Visman Decl ¶ 1 and Exh. 1. | 5 | Plaintiff denies that this is undisputed. *RESPONSE:* No Exhibit 1 was attached to M. Visman Declaration. |
| 6 | The Demand Letter cited the trademark application filed by Mason Visman. This became trademark registration no. 4,682,963. *EVIDENCE:* Id. | 6 | Plaintiff denies that this is undisputed. *RESPONSE:* No Exhibit 1 was attached to Mason Visman Declaration. Plaintiff admits that the August 3, 2013 letter referenced an application for service mark registration filed by Mason Visman which ultimately was registered, and two (2) trademark applications filed by Brad Visman which were subsequently abandoned. *See,* Decl. C Straight, ¶ 6, Exh. C, Print out from USPTO Web Site showing abandonment. |
| 7 | The Demand Letter demanded that the domain name be changed to delete the term "apple hill." *EVIDENCE:* Id. | 7 | Plaintiff admits that the August 3, 2013 letter stated that a new Domain Name must be selected for the web site www.visitapplehill.com which would not include the words "Apple Hill." *RESPONSE:* The Complaint contains no allegations respecting that Domain Name. The Complaint is directed to the Domain Names APPLEHILLMAP.COM and APPLEHILL.CA, which were not created until March 5, 2014 and March 11, 2014, respectively. *See,* Decl. C Straight, ¶¶ 4, 5, Exhs. A and B, Screenshots of Whois data from Registrar of Domain Names. |
| 8 | The Demand Letter demanded that the trademark application be abandoned. *EVIDENCE:* Id. | 8 | Plaintiff admits that the August 3, 2013 letter indicated that the applications must be abandoned. *RESPONSE:* Two (2) trademark applications filed by Brad Visman were abandoned. *See,* Decl. C Straight, ¶ 6, Exh. C. |
| 9 | The Demand Letter gave the Visman's [sic] two weeks to respond. *EVIDENCE:* Id. | 9 | Plaintiff admits that the August 3, 2013 letter set a two week response time. |
| 10 | The Demand Letter stated that if the Visman's [sic] did not comply with the demand the growers' association "will avail itself of all legal options to enforce its trademark in a court of law. *EVIDENCE:* Id. | 10 | Plaintiff admits that the August 3, 2013 letter contains such a statement. |

STATEMENT OF GENUINE ISSUES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**Law Offices Of R. Michael West**
A Professional Corporation
Patent Trademark Copyright Law

| No. | | No. | |
|---|---|---|---|
| 11 | The Visman's [sic] refused to comply with the demand.<br>**EVIDENCE:** Id. ¶ 2. | 11 | Plaintiff admits that Defendants "did not stop the infringing conduct." *See,* Decl. Mason Visman ¶ 8. |
| **No.** | **Plaintiff's Additional Disputed And Undisputed Facts Precluding Grant Of Summary Judgment** | **No.** | **Plaintiff's Cited Evidence** |
| 12 | In January of 2014, the AHG Board passed a motion to revoke the membership of the entities controlled by the Visman families, if they did not agree to certain terms and to execute an Annual Certificate of Compliance with the association's conflict of interest policy. | 12 | Declaration of Christopher J. Delfino, member of the Board of Directors of Apple Hill Growers, and Chairman of the Membership And Ethics Standing Committee for Apple Hill Growers, ¶ 4. |
| 13 | Shortly after January Board meeting, as Chairman of the Membership and Ethics Committee, Mr. Defino personally contacted Brad Visman at the Boa Vista Orchards, discussed the association's requirements, and hand delivered the documents. Mason Visman was also present at this time. | 13 | Declaration of Christopher J. Delfino, ¶ 4. |
| 14 | In February, 2014, Mr. Delfino contacted Brad Visman and the other Visman family entities regarding AHG's requirements for membership; at the February meeting of the Board, Mr. Delfino reported that Boa Vista Orchards, El Dorado Orchards, and High Sierra had all refused to sign the conflict of interest policy and comply with the association's requests. | 14 | Declaration of Christopher J. Delfino, ¶ 5. |
| 15 | At the February, 2014 Board meeting, a motion was carried to begin the process of revocation of the memberships of Boa Vista Orchards, El Dorado Orchards, and High Sierra, and to pick up the Apple Hill Grower logo signs which they used. | 15 | Declaration of Christopher J. Delfino, ¶ 5. |
| 16 | Shortly after the February 2014 Board meeting, Mr. Delfino personally picked up the Apple Hill Grower logo signs from these entities. | 16 | Declaration of Christopher J. Delfino, ¶ 6. |
| 17 | Domain Name APPLEHILLMAP.COM, used in connection with URL address www.applehillmap.com, was created March 5, 2014 | 17 | Decl. C Straight, ¶ 4, Exh. A printout from data base of registrar of Domain Name showing the date of creation of said Domain Name. |

**Law Offices Of**
**R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

-4-   2:17-CV-02085-TLN-CKD
STATEMENT OF GENUINE ISSUES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | | |
|---|---|---|---|
| 18 | Domain Name APPLEHILLCA.COM, used in connection with URL address www.applehillca.com, was created March 11, 2014 | 18 | Decl. C Straight, ¶ 5, Exh. B printout from data base of registrar of Domain Name showing the date of creation of said Domain Name. |
| 19 | Examples that Defendants have engaged, and continue to engage, in continuing acts as alleged in the Complaint, include: the misrepresentations and false claims, and the use of infringing content, currently on their Web Sites, such as shown on the screen shot of the Terms Of Service page from Defendant MASON VISMAN'S Web Site www.applehillca.com which states thereon that it was last modified on April 20, 2017, prominently displays APPLE HILL, and includes *inter alia* a representation that the Site and the content "are owned by Apple Hill"; and the Highway sign shown in the photo attached to the Complaint. | 19 | Decl. C Straight, ¶ 7, Exh. D printout from data base of registrar of Domain Name showing the date of creation of said Domain Name. Complaint, Doc. 1, Exh. C. |

Dated: November 30, 2017

Respectfully submitted,

   /s/ R. Michael West
R. Michael West (SBN 84336)
Law Offices of R. Michael West, APC
1922 21st Street
Sacramento, California 95811
Telephone  (916) 444-5444
Facsimile   (916) 444-5441
E-mail: mwest@saciplaw.com

   /s/ Catherine Ashley Straight
Catherine Ashley Straight  (SBN 119339)
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, California 95811
Telephone  (916) 443-9400
Facsimile   (916) 444-5441
E-mail: cstraight@cas-law.com

*Attorneys for Plaintiff  APPLE HILL GROWERS*