R. Michael West (SBN 84336)
mwest@saciplaw.com
LAW OFFICES OF R. MICHAEL WEST, APC
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444
Facsimile: (916) 444-5441

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
LAW OFFICES OF
CATHERINE ASHLEY STRAIGHT
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-443-9400
Facsimile: (916) 444-5441

Attorneys for Plaintiff
APPLE HILL GROWERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS, <br><br> Plaintiff, <br><br> vs. <br><br> EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, <br><br> Defendants. | Case No. 2:17-CV-02085-TLN-CKD <br><br> DECLARATION OF CHRISTOPHER J. DELFINO IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V <br><br> Date:   December 14, 2017 <br> Time:   2:00 P.M. <br> Courtroom:   2, 15th Floor <br><br> Honorable Troy L. Nunley |

I, Christopher J. Delfino, declare as follows:

1. I make this declaration in support of Plaintiff APPLE HILL GROWERS' Opposition to Defendants' Motion To Dismiss and for Summary Judgment respecting Counts IV and V of the

-1-   2:17-CV-02085-TLN-CKD
DECLARATION OF CHRISTOPHER J. DELFINO
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

Complaint.

2. The facts set forth herein are based upon my own personal knowledge, and if called upon to do so, I could and would competently testify to these facts.

3. During the time periods described in this Declaration, I was a member of the Board of Directors of Apple Hill Growers, and I was the Chairman of the Membership And Ethics Standing Committee for Apple Hill Growers.

4. In January of 2014, the Board passed a motion to revoke the membership of the entities controlled by the Visman families, if they did not agree to certain terms and to execute an Annual Certificate of Compliance with the association's conflict of interest policy. Shortly after the Board meeting, as Chairman of the Membership and Ethics Committee, I personally contacted Brad Visman at the Boa Vista Orchards. I discussed the association's requirements, and hand delivered the documents. Mason Visman was also present at this time.

5. Subsequently, I contacted Brad Visman and the other Visman family entities regarding the association's requirements for membership. In February, 2014, at a meeting of the Board, I reported that Boa Vista Orchards, El Dorado Orchards, and High Sierra had all refused to sign the conflict of interest policy and comply with the association's requests. A motion was then carried to begin the process of revocation of the memberships of Boa Vista Orchards, El Dorado Orchards, and High Sierra, and to pick up the Apple Hill Grower logo signs which they used.

6. Shortly after the February Board meeting, I personally picked up the Apple Hill Grower logo signs from these entities.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on the date set forth following:

Date:   November 29, 2017

/s/ Christopher J. Delfino
Christopher J. Delfino

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

-2-                                         2:17-CV-02085-TLN-CKD
DECLARATION OF CHRISTOPHER J. DELFINO
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT