R. Michael West (SBN 84336)
mwest@saciplaw.com
LAW OFFICES OF R. MICHAEL WEST, APC
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444
Facsimile: (916) 444-5441

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
LAW OFFICES OF
CATHERINE ASHLEY STRAIGHT
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-443-9400
Facsimile: (916) 444-5441

Attorneys for Plaintiff
APPLE HILL GROWERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS, | Case No. 2:17-CV-02085-TLN-CKD |
| Plaintiff, | DECLARATION OF CATHERINE ASHLEY STRAIGHT IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V |
| vs. | |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | Date: December 14, 2017<br>Time: 2:00 P.M.<br>Courtroom: 2, 15th Floor<br>Judge: Honorable Troy L. Nunley |
| Defendants. | |

I, Catherine Ashley Straight, declare as follows:

1. I make this declaration in support of Plaintiff APPLE HILL GROWERS' Opposition to Defendants' Motion To Dismiss and for Summary Judgment respecting Counts IV and V of the

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

1  Complaint.

2      2. The facts set forth herein are based upon my own personal knowledge, and if called upon
3  to do so, I could and would competently testify to these facts.

4      3. I am an attorney licensed to practice in all of the courts of the State of California and in
5  the United States District Court for the Eastern District of California; and I am one of Plaintiff's
6  attorneys in this action.

7      4. I conducted a query of the database of Domain Name Registrar GoDaddy.com, LLC,
8  respecting the Domain Name APPLEHILLMAP.COM, utilizing the "WHOIS" protocol. These
9  results state the Domain Name APPLEHILLMAP.COM was created on March 5, 2014. A true and
10 correct copy of a screenshot of the WHOIS search results is attached hereto as Exhibit A.

11     5. I conducted a query of the database of Domain Name Registrar GoDaddy.com, LLC,
12 respecting the Domain Name APPLEHILLCA.COM, utilizing the "WHOIS" protocol. These
13 results state that the Domain Name APPLEHILLCA.COM was created on March 11, 2014. A true
14 and correct copy of a screenshot of the WHOIS search results is attached hereto as Exhibit B.

15     6. According to the records of the United States Patent and Trademark Office, Brad D.
16 Visman, having an address of 2952 Carson Road, Placerville, California, filed two (2) applications
17 on March 14, 2013, for registration of the Trademark APPLE HILL with the United States Patent
18 and Trademark Office. Application No. 85/876,694 sought registration in connection with the
19 following goods: Alcoholic Beverages except beers; Liquor; Spirits. Application No. 85/876,682
20 sought registration in connection with: Beer. Both of the afore-mentioned Applications were
21 abandoned effective January 2, 2014, after registration was refused by the Trademark Examining
22 Attorney based upon a likelihood of confusion with Plaintiff's registered mark - U.S. Registration
23 No. 1,945,541. Attached hereto as Exhibit C are true and correct copies of print outs from the
24 United States Patent and Trademark Office, Trademark Electronic Search System (TESS), showing
25 abandoned status of each of these applications.

26     7. Defendants have engaged, and continue to engage, in continuing acts as alleged in the
27 Complaint, including, by way of example, misrepresentations and false claims, and the use of

28

**Law Offices Of
R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

-2-                                    2:17-CV-02085-TLN-CKD
DECLARATION OF CATHERINE ASHLEY STRAIGHT
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

infringing content, on their Websites and linked social media sites.  Attached hereto as Exhibit D is a screen shot of the Terms Of Service page from Defendant MASON VISMAN'S Web Site www.applehillca.com which states thereon that it was last modified on April 20, 2017, prominently displays APPLE HILL, and includes *inter alia* a representation that the Site and the content "are owned by Apple Hill."

    I declare under penalty of perjury that the foregoing is true and correct.  Executed within the United States on the date set forth following:

Date:   November 30, 2017

                                /s/ Catherine Ashley Straight
                                Catherine Ashley Straight

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

-3-   2:17-CV-02085-TLN-CKD
DECLARATION OF CATHERINE ASHLEY STRAIGHT
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS, ) | Case No. 2:17-CV-02085-TLN-CKD |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EL DORADO ORCHARDS, INC., ) | |
| BRAD VISMAN, KANDI VISMAN, ) | |
| and MASON VISMAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF CATHERINE ASHLEY STRAIGHT IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V

# **EXHIBIT A**

# Search the WHOIS Database

Private Registration   Local listings

# WHOIS search results

Domain Name: APPLEHILLMAP.COM
Registry Domain ID: 1849186859_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-03-06T17:40:04Z
Creation Date: 2014-03-05T07:52:32Z
Registrar Registration Expiration Date: 2018-03-05T07:52:32Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC

## Want to buy this domain?

Get it with our Domain Buy Service.

## Is this your domain?

Add hosting, email and more.

Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: APPLEHILLMAP.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: APPLEHILLMAP.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:

Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: APPLEHILLMAP.COM@domainsbyproxy.com
Name Server: NS73.DOMAINCONTROL.COM
Name Server: NS74.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-11-30T17:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.


See Underlying Registry Data
Report Invalid Whois

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE HILL GROWERS, ) | Case No. 2:17-CV-02085-TLN-CKD |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EL DORADO ORCHARDS, INC., ) | |
| BRAD VISMAN, KANDI VISMAN, ) | |
| and MASON VISMAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF CATHERINE ASHLEY STRAIGHT IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V

# **EXHIBIT B**



Case 2:17-cv-02085-TLN-CKD   Document 6-3   Filed 11/30/17   Page 9 of 18

# Search the WHOIS Database

**Private Registration**     **Local listings**

## WHOIS search results

Domain Name: APPLEHILLCA.COM
Registry Domain ID: 1850085168_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-03-11T18:44:27Z
Creation Date: 2014-03-11T18:44:27Z
Registrar Registration Expiration Date: 2019-03-11T18:44:27Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC

### Want to buy this domain?
Get it with our Domain Buy Service.
**Go**

### Is this your domain?
Add hosting, email and more.
**Go**

Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: APPLEHILLCA.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: APPLEHILLCA.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:

Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: APPLEHILLCA.COM@domainsbyproxy.com
Name Server: NS21.DOMAINCONTROL.COM
Name Server: NS22.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-11-30T17:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.


See Underlying Registry Data
Report Invalid Whois

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| APPLE HILL GROWERS, | ) | Case No. 2:17-CV-02085-TLN-CKD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

DECLARATION OF CATHERINE ASHLEY STRAIGHT IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V

# **EXHIBIT C**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Nov 29 03:31:45 EST 2017

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: ___   OR   Jump   to record: ___   **Record 1 out of 2**

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# Apple Hill

| | |
|---|---|
| **Word Mark** | APPLE HILL |
| **Goods and Services** | (ABANDONED) IC 033. US 047 049. G & S: Alcoholic beverages except beers; Liquor; Spirits |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85876694 |
| **Filing Date** | March 14, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **Visman, Brad** D. INDIVIDUAL UNITED STATES 2952 Carson Rd. Placerville CALIFORNIA 95667 |
| **Attorney of Record** | Mark Borghese |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | January 2, 2014 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Nov 29 03:31:45 EST 2017



Please logout when you are done to release system resources allocated for you.

Record 2 out of 2

( Use the "Back" button of the Internet Browser to return to TESS)

# Apple Hill

| | |
|---|---|
| **Word Mark** | APPLE HILL |
| **Goods and Services** | (ABANDONED) IC 032. US 045 046 048. G & S: Beer |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85876682 |
| **Filing Date** | March 14, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Visman, Brad D. INDIVIDUAL UNITED STATES 2952 Carson Rd. Placerville CALIFORNIA 95667 |
| **Attorney of Record** | Mark Borghese |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | January 2, 2014 |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EL DORADO ORCHARDS, INC., ) <br> BRAD VISMAN, KANDI VISMAN, ) <br> and MASON VISMAN, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:17-CV-02085-TLN-CKD |

DECLARATION OF CATHERINE ASHLEY STRAIGHT IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V

# **EXHIBIT D**



# applehillca.com - Website - Terms of Service ("Agreement")

This Agreement was last modified on April 20, 2017.

Please read these Terms of Service ("Agreement", "Terms of Service") carefully before using www.applehillca.com ("the Site") operated by Apple Hill ("us", "we", or "our"). This Agreement sets forth the legally binding terms and conditions for your use of the Site at www.applehillca.com.

By accessing or using the Site in any manner, including, but not limited to, visiting or browsing the Site or contributing content or other materials to the Site, you agree to be bound by these Terms of Service. Capitalized terms are defined in this Agreement.

**Intellectual Property**
The Site and its original content, features and functionality are owned by Apple Hill and are protected by international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

## Termination

We may terminate your access to the Site, without cause or notice, which may result in the forfeiture and destruction of all information associated with you. All provisions of this Agreement that by their nature should survive termination shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity, and limitations of liability.

## Links To Other Sites

Our Site may contain links to third-party sites that are not owned or controlled by Apple Hill.

Apple Hill has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party sites or services. We strongly advise you to read the terms and conditions and privacy policy of any third-party site that you visit.

## Governing Law

This Agreement (and any further rules, polices, or guidelines incorporated by reference) shall be governed and construed in accordance with the laws of California, United States, without giving effect to any principles of conflicts of law.

## Changes To This Agreement

We reserve the right, at our sole discretion, to modify or replace these Terms of Service by posting the updated terms on the Site. Your continued use of the Site after any such changes constitutes your acceptance of the new Terms of Service.

Please review this Agreement periodically for changes. If you do not agree to any of this Agreement or any changes to this Agreement, do not use, access or continue to access the Site or discontinue any use of the Site immediately.

## Contact Us

If you have any questions about this Agreement, please contact us.

## Apple Hill

## Governing Law

This Agreement (and any further rules, polices, or guidelines incorporated by reference) shall be governed and construed in accordance with the laws of California, United States, without giving effect to any principles of conflicts of law.

## Changes To This Agreement

We reserve the right, at our sole discretion, to modify or replace these Terms of Service by posting the updated terms on the Site. Your continued use of the Site after any such changes constitutes your acceptance of the new Terms of Service.

Please review this Agreement periodically for changes. If you do not agree to any of this Agreement or any changes to this Agreement, do not use, access or continue to access the Site or discontinue any use of the Site immediately.

## Contact Us

If you have any questions about this Agreement, please contact us.

# Apple Hill

Open 8am to 6pm Daily
2952 Carson Road, Ste 1, Placerville, CA
(530) 417-4887



Privacy Policy | Terms of Service

Apple Hill® is a Registered Trademark.