R. Michael West (SBN 84336)
mwest@saciplaw.com
LAW OFFICES OF R. MICHAEL WEST, APC
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444
Facsimile: (916) 444-5441

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
LAW OFFICES OF
CATHERINE ASHLEY STRAIGHT
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-443-9400
Facsimile: (916) 444-5441

Attorneys for Plaintiff
APPLE HILL GROWERS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE HILL GROWERS, | Case No. 2:17-CV-02085-TLN-CKD |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | |
| Defendants. | |

I am a citizen of the United States and am employed in Sacramento County. I am over the age of eighteen (18) years and not a party to this action; my business address is 1922 21st Street, Sacramento, California 95811.

On the date below indicated, I served the following documents:

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

-1-                        2:17-CV-02085-TLN-CKD
PROOF OF SERVICE

1  PLAINTIFF'S OPPOSITION TO: DEFENDANTS' MOTION TO DISMISS, AND FOR SUMMARY JUDGMENT RE COUNTS IV AND V;

2

3  STATEMENT OF GENUINE ISSUES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V;

4  DECLARATION OF CATHERINE ASHLEY STRAIGHT IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V; and,

5

6  DECLARATION OF CHRISTOPHER J. DELFINO IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE COUNTS IV AND V

7

8

9  __XX__  **VIA CM/ECF FILING SYSTEM:** I caused to be filed with the clerk of the United States

10  District Court for the Eastern District Of California, through the Court's CM/ECF electronic

11  filing system, the foregoing listed documents. Such filing results in a copy of each of said

12  documents to be delivered electronically to the following CM/ECF participants in this action:

13  Paul William Reidl
    Law Office Of Paul W. Reidl
14  285 Troon Way
    Half Moon Bay, CA 94019

15

16  paul@reidllaw.com

17  I certify that the documents were Filed and Served on November 30, 2017.

18  I declare under penalty of perjury that the foregoing is true and correct.

19

20  Executed on November 30, 2017          /Catherine Ashley Straight/
                                           Catherine Ashley Straight

21

**Law Offices Of**
**R. Michael West**
A Professional
Corporation
Patent Trademark
Copyright Law

-2-                                         2:17-CV-02085-TLN-CKD
PROOF OF SERVICE