1  PAUL W. REIDL (SBN 155221)
   Law Office of Paul W. Reidl
2  285 Troon Way
   Half Moon Bay, CA 94019
3  Telephone: (650) 560-8530

4  *Attorney for Defendants*

5  UNITED STATES DISTRICT COURT

6  EASTERN DISTRICT OF CALIFORNIA

7  (SACRAMENTO DIVISION)

| | |
|---|---|
| 8  **APPLE HILL GROWERS,** | Case No. 2:17-cv-02085-TLN-CKD |
| 9       Plaintiff, | **DECLARATION OF MASON VISMAN** |
| 10       v. | **Date:** December 14, 2017 |
| 11  **EL DORADO ORCHARDS, et al.,** | **Time:** 2:00 pm |
| 12       Defendant. | **Courtroom:** 2, 15th Floor |
| 13 | **Hon. Troy L. Nunley** |

14  I, Mason Visman, declare as follows:

15  1.   I am a Defendant in this case. I make this Declaration based on personal knowledge.

16  If called as a witness I could testify to the following facts.

17  2.   Brad Visman is my father.

18  3.   Attached as Exhibit 1 to this Declaration is a true and correct copy of a letter I

19  received from John P. Costello sent on behalf of Apple Hill Growers Association ("Demand

20  Letter.") This document is maintained by me in my files in the ordinary course of business and is

21  an official business record of my business.

22  4.   The letter accused my father, Boa Vista Orchards, and me of infringing the APPLE

23  HILL trademark by operating a web site, www.visitapplehill.com and by allegedly selling goods

24  with an APPLE HILL trademark. The letter is dated August 23, 2013.

1      5.      The domain name www.visitapplehill.com resolves onto www.applehillca.com.

2      6.      I retained counsel after I received the Demand Letter.

3      7.      The Demand Letter demanded that we stop the infringing conduct in two weeks.  It

4  said that if we did not, we would be sued.

5      8.      We did not stop the infringing conduct because we did not believe we were doing

6  anything wrong.  I and Boa Vista Orchards are still doing the same things today as were complained

7  of in August 2013.

8      9.      The trademark application cited in the Demand Letter became registration no.

9  4,682,963.

10     Executed on November 6, 2017 at Placerville, California.

11     I declare under penalty of perjury under the laws of the United States that the foregoing is true

12  and correct.

13                                      /s/ Mason Visman

14                                      Mason Visman

STATEMENT OF UNDISPUTED FACTS

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 285 Troon Way, Half Moon Bay, California, 94019

On November 6, 2017, I served the following document (attached hereto):

**DECLARATION OF MASON VISMAN**

**(XX)** **VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on November 6, 2017:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on November 6, 2017, at Half Moon Bay, California.

/s/ Paul W. Reidl

Page 3
STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 1

STATEMENT OF UNDISPUTED FACTS

## COSTELLO LAW CORPORATION
*Patent, Trademark & Copyright Causes*

Wong Legal Center  
331 J Street, Suite 200  
Sacramento, California 95814

Phone: 916-441-2234  
Facsimile: 916-441-4254  
Website: SacramentoPatentAttorney.com

August 23, 2013

*Via Certified and Electronic Mail*

**To the following Visman Family Individuals and Enterprises (hereafter "Vismans" or "Visman Enterprises"):**

**Mr. Mason Visman**  
9360 W. Flamingo Road  
Suite 110, #169  
Las Vegas, NV 89147

**Boa Vista Orchards**  
Attn: Mr. Brad D. Visman  
2952 Carson Road  
Placerville, CA 95667

**High Hill Ranch**  
2901 High Hill Road  
Placerville, CA 95667

**High Sierra Iris Garden and El Dorado Orchard**  
Attn: Mike & Nancy Visman  
3170 Hassler Road  
Camino, CA 95709

Gentlepersons:

Our firm represents the Apple Hill Growers Association Corporation, (hereafter "AHGAC") owner of the federally registered trademark APPLE HILL® in conjunction with fresh fruit and fruit juices (United States Trademark Registration No. 1,945,541). Additionally, since the 1960s AHGAC has promoted the APPLE HILL mark to promote and advertise its growers association which is comprised of a group of ranches located in an area just east of Placerville and west of Pollock Pines on the north side of Highway 50. Only ranches located in this territory can qualify to be "Apple Hill™" growers, provided that they join the AHGAC and consent to be governed by its bylaws relating to the usage guidelines and quality control parameters which are outlined therein.

Visman Enterprises
August 23, 2013
Page 2

Attached as Exhibit 1, is the trademark registration data for APPLE HILL® which is owned by the AHGAC. This mark was registered on January 2, 1996 and has been in continuous use by the AHGAC since this date. The fact that the APPLE HILL® mark has been continuously used and registered for over 17 years, qualifies this mark as "incontestable." *See* 15 U.S.C. § 1065. Incontestable marks are endowed with a level of strength and legal presumptions which makes them very difficult to challenge in a court of law. Visman Enterprises is likely well aware of this mark registration due to their membership in AHGAC, and possession and/or knowledge of its bylaws which clearly detail AHGAC's ownership of this mark and how the mark is to be treated in commerce.

It has come to the attention of the AHGAC that Visman Enterprises is infringing the mark APPLE HILL® by using the mark on the website www.visitapplehill.com. On this website are numerous infringements of the APPLE HILL® mark, many of which pertain to the usage of APPLE HILL® to denote fruit and fruit juices. Additionally, this website denotes a geographical area known as "Apple Hill" which does not exist. The AHGAC has worked long and hard over the years to make the public aware, through advertising and enforcement efforts that the mark APPLE HILL® does not pertain to a geographical area. Exhibit 2 is a page taken from a past issue of the Apple Hill Cider Press magazine which specifically addresses this prohibition of the usage of the words "Apple Hill" to denote a geographical area.

In terms of determining infringement of marks, the standard is whether consumers in the marketplace would likely be confused as to the source of goods bearing the mark. A number of factors go into the likelihood of confusion test in considering the similarity of marks. *See, In re E.I. du Pont de Nemours & Co.*, (C.C.P.A. 1973) 476 F.2d 1357.) When considering the similarity of marks, "[a]ll relevant facts pertaining to the appearance and connotation must be considered. *Recot, Inc. v. M.C. Becton* (Fed. Cir. 2000) 214 F.3d 1322, 1329. In evaluating the similarities between marks, the emphasis must be on the recollection of the average purchaser, who normally retains a general, rather than specific, impression of trademarks in commerce. *Sealed Air Corp. v. Scott Paper Co.* (TTAB 1975) 190 U.S.P.Q. 106, 108.) Moreover, where – as is here – the goods are identical (e.g. fruit and fruit-related products), "the degree of similarity [between the marks] necessary to support a conclusion of likelihood of confusion declines." *Century 21 Real Estate Corp. v. Century Life of America* (Fed. Cir. 1992) 970 F.2d 874, 877; *ECI Division of E-Systems, Inc. v. Environmental Communications Inc.* (TTAB 1980) 207 USPQ 443. The points of comparison for a word mark are *appearance, sound, meaning* and *commercial impression*. *Palm Bay Imports, Inc. v. Veuve Cliquot Ponsardin Maison Fondee* (Fed. Cir. 2005) 396 F.3d 1369, citing *In re E.I. Du Pont de Nemours & Co., supra*, 476 F.2d at 1361. The rule is that – taking into account all of the relevant facts of a particular case – similarity as to one factor alone may suffice to support a holding that a disputed mark is confusingly similar to a registered mark and therefore actionable. *In re Lamson Oil Co.* (TTAB 1987) 6 USPQ2d 1041, 1043.

Visman Enterprises
August 23, 2013
Page 3


Given that the marks at issue here are both similar in appearance, sound, meaning and commercial impression (e.g. Apple Hill vs. Apple Hill), and given that the AHGAC trademark registration is incontestable, it would not be a difficult determination for a court of law to come down on AHGAC's side in this dispute. In fact, should Visman Enterprises decide to continue to use the APPLE HILL mark in a manner outside the AHGAC's bylaws and rules, it is very likely that the AHGAC could get treble (triple) damages and their attorney's fees back should this dispute proceed to court. *See* 15 U.S.C. § 1117. Therefore, Visman Enterprises is currently balancing on a "knifes edge" with regard to the amount of monetary liability they are facing should they decide not to come back in line with the AHGAC's rules on usage of the APPLE HILL® mark.

Additionally, the AHGAC has become aware of the three attempted filings of federal trademark applications by Visman Enterprises for the mark APPLE HILL for beer, alcoholic beverages besides beer, and for advertising. These registrations were filed by Mason Visman in one instance and by Brad D. Visman in two instances. These three registrations are attached as Exhibit 3, hereto. Two of these applications have been refused based upon the strength of and similarity to the AHGAC's federal registration no. 1,945,541, noted above. The third application filed by Mason Visman is currently the subject of a potential opposition action filed by an entity unrelated to AHGAC.

Therefore, the AHGAC will require Visman Enterprises to remove any reference to "Apple Hill" from its website www.vistitapplehill.com. Additionally, a new domain name must be selected which does not include the words "Apple Hill". Furthermore, all three trademark applications noted in Exhibit 3, hereto must be abandoned. Visman Enterprises has two weeks from the date of this letter to notify this law firm of their compliance, in writing, with all of these conditions. Should compliance not be forthcoming from Visman Enterprises, the AHGAC will avail itself of all legal options to enforce its trademark in a court of law.

Very truly yours,

COSTELLO LAW CORPORATION

JOHN P. COSTELLO
JPC/hl
Enclosures (Exhibits 1-3)
cc:     Apple Hill Growers Association

# EXHIBIT 1

Int. Cls.: 31 and 32

Prior U.S. Cls.: 1, 45, 46 and 48

**United States Patent and Trademark Office**  Reg. No. 1,945,541
Registered Jan. 2, 1996

## TRADEMARK
PRINCIPAL REGISTER

### APPLE HILL

APPLE HILL GROWERS ASSOCIATION (CALIFORNIA CORPORATION)
P.O. BOX 494
CAMINO, CA 95709

FOR: FRESH FRUIT, IN CLASS 31 (U.S. CLS. 1 AND 46).
FIRST USE 7-31-1966; IN COMMERCE 7-31-1966.
FOR: FRUIT JUICES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7-31-1966; IN COMMERCE 7-31-1966.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "APPLE", APART FROM THE MARK AS SHOWN.

SER. NO. 74-617,750, FILED 1-4-1995.

JULIA S. SHIELDS, EXAMINING ATTORNEY

# EXHIBIT 2

## Your Slice of the Pie



Christa Campbell

Welcome to the 48th anniversary season of the Apple Hill® Growers Association. Founded in 1964 to promote family apple farms, Apple Hill® was originally all about apples. Now, decades later, when our visitors think "Apple Hill®", they often think "Mom and apple pie".

This season we ask you to think again. As the picture and theme on the cover of this year's *Cider Press* illustrate, the "pie" is now cut into many different "slices". Apple Hill® has grown into "Apples and So Much More"! Today the pie contains not only apples but also berries, cherries, peaches, nectarines, persimmons, nuts, pumpkins and winter squash, organics, olive oil, wines, beers, ciders, Christmas trees, vegetables, and flowers. With our expansion to include all these additional products, the accompanying activities and events around the "Hill" have also expanded to include arts, cuisine, weddings, and "So Much More"!

This year's *Cider Press* is designed to make it easy to locate all the pieces of the pie. Colored tabs in the middle of the publication will guide you to pages highlighting products, events, and activities in each season. Pick the blue tab for "The Wonders of Winter". Pick the green tab for "Spring is in the Air". Pick the yellow tab for "Beat the Summer Heat". Pick the brown tab for "Bountiful Fall". Seasonal information is right at your fingertips!

While we are much more than apples, when you think "Apple Hill®" we still want you to remember "Mom"! After 48 years, the moms, the grandmas, and the great grandmas are still in the kitchens and cellars concocting those perennial Apple Hill® favorites. Alongside them, the multiple generations of family members continue raising the crops and welcoming visitors with the hospitality that is an Apple Hill® trademark. Even with the decades of changes, Apple Hill® remains a community of small family farms that welcomes you to share the simple pleasures of our homegrown harvests.

So let's have "pie"! Come often and sample every "piece".

Christa K. Campbell, President
Apple Hill® Growers Association

## First Timer Q & A

Never visited our ranches before? Here are some tips to get the most out of your visit...



You keep hearing, "You gotta visit Apple Hill®." Everyone at work tells you about the mouth-watering produce, bakeshop delicacies, superb beers and wines, You-Pick farms, gorgeous Christmas trees----and on it goes. You know you want to visit, but what is Apple Hill® really- --and what do you do when you get there? There's a lot going on, but dive right on in. Armed with the answers to the following questions, you'll feel less overwhelmed and find your experience a lot of fun!!!

### What and Where is Apple Hill®?

It's a group of ranches-- -not one ranch and not a geographical area. Our ranches are so proud of what we do that we trademarked the words "Apple Hill®" so that only our members can use them. The ranches listed in the *Cider Press* are the only area businesses that are "Apple Hill®". The ranches are just east of Placerville and west of Pollock Pines (halfway between Sacramento and South Lake Tahoe) on the north side of Highway 50.

### When are the Apple Hill® ranches open?

Short answer: all year long! Long answer: Boa Vista Orchards, Jack Russell Farm Brewery, Time Out Spa and the Association wineries are open year 'round. High Sierra Iris and Wedding Gardens is magnificent in May and the ranches that grow berries and vegetables are open June through the summer (and some even in the fall). Most apple barns and bakeshops open Labor Day weekend and stay open as long as they have fruit available (Mother Nature is in charge here). Christmas Tree farms are all open the day after Thanksgiving (some the weekend before). Use www.applehill.com and our publication, the *Cider Press*, to find individual ranch hours and activities; they vary as each operates as an independent business.

Please see First-Timer, page 14

### Apple Hill® Growers Mission Statement

The Apple Hill® Growers shall promote and advertise the ranch marketing of Apple Hill® agricultural products.

The Apple Hill® Growers shall work to establish a reputation for the high, inherent quality of Apple Hill® agricultural products in both the wholesale and retail markets.

The Apple Hill® Growers shall work to maintain and accentuate the natural beauty and rural atmosphere of the "Apple Hill® Scenic Drive." (Apple Hill® Drive on Caltrans signs.)

The Apple Hill® Growers, individually and collectively, shall strive to improve the growing, harvesting, packaging, storage and presentation for sale of Apple Hill® agricultural products.

# EXHIBIT 3



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Aug 2 03:20:42 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: [ ] OR [ Jump ] to record: [ ]     **Record 2 out of 17**

[ TSDR ]  [ ASSIGN Status ]  [ TTAB Status ]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Apple Hill

| | |
|---|---|
| **Word Mark** | APPLE HILL |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Advertising and directory services, namely, promoting the services of others by providing a web page featuring links to the websites of others; Advertising and marketing; Promoting the goods of others, namely, providing coupons, rebates and vouchers for the goods of others; Promotion and marketing services and related consulting; Providing an on-line commercial information directory on the internet; Providing marketing and promotion of special events |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85796695 |
| **Filing Date** | December 6, 2012 |
| **Current Basis** | 1B |
| **Original Filing** | 1B |

| | |
|---|---|
| Basis | |
| Published for Opposition | May 7, 2013 |
| Owner | (APPLICANT) Visman, Mason INDIVIDUAL UNITED STATES 9360 W. Flamingo Rd., Ste 110 #169 Las Vegas NEVADA 89147 |
| Attorney of Record | Mark Borghese |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Aug 2 03:20:42 EDT 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [   ]  OR [Jump] to record: [   ]  **Record 1 out of 17**

[TSDR]  [ASSIGN Status]  [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Apple Hill

| | |
|---|---|
| **Word Mark** | APPLE HILL |
| **Goods and Services** | IC 033. US 047 049. G & S: Alcoholic beverages except beers; Liquor; Spirits |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85876694 |
| **Filing Date** | March 14, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Visman, Brad D. INDIVIDUAL UNITED STATES 2952 Carson Rd. Placerville CALIFORNIA 95667 |
| **Attorney of Record** | Mark Borghese |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Aug 2 03:20:42 EDT 2013

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [   ]  OR  [Jump]  to record: [   ]   **Record 3 out of 17**

[TSDR]  [ASSIGN Status]  [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# Apple Hill

| | |
|---|---|
| **Word Mark** | APPLE HILL |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Beer |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85876682 |
| **Filing Date** | March 14, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Visman, Brad D. INDIVIDUAL UNITED STATES 2952 Carson Rd. Placerville CALIFORNIA 95667 |
| **Attorney of Record** | Mark Borghese |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]