R. Michael West (SBN 84336)
mwest@saciplaw.com
LAW OFFICES OF R. MICHAEL WEST, APC
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
LAW OFFICES OF
CATHERINE ASHLEY STRAIGHT
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-443-9400

Attorneys for Plaintiff
APPLE HILL GROWERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS, | Case No. 2:17-CV-02085-TLN-CKD |
| Plaintiff, | PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - FRCP RULE 7.1 |
| vs. | |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | |
| Defendants. | |

Plaintiff APPLE HILL GROWERS ("AHG"), hereby discloses that it is a California Nonprofit Corporation. Plaintiff has no parent corporation, and no publicly held corporation owns any stock in AHG.

Dated: December 10, 2017              Respectfully submitted,

                                            /*s*/ R. Michael West
R. Michael West (SBN 84336)
Law Offices of R. Michael West, APC
1922 21st Street
Sacramento, California 95811
Telephone (916) 444-5444
E-mail: mwest@saciplaw.com

/s/ Catherine Ashley Straight
Catherine Ashley Straight (SBN 119339)
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, California 95811
Telephone (916) 443-9400
E-mail: cstraight@cas-law.com

*Attorneys for Plaintiff APPLE HILL GROWERS*

Law Offices Of
R. Michael West
A Professional
Corporation
Patent Trademark
Copyright Law

-2-  2:17-CV-02085-TLN-CKD
PLAINTIFF'S CORPORATE DISCLOSURE UNDER FRCP RULE 7.1