1  R. Michael West (SBN 84336)
   mwest@saciplaw.com
2  LAW OFFICES OF R. MICHAEL WEST, APC
   1922 21ST Street
3  Sacramento, CA 95811
   Telephone: (916) 444-5444
4
   Catherine Ashley Straight (SBN 119339)
5  cstraight@cas-law.com
   LAW OFFICES OF
6  CATHERINE ASHLEY STRAIGHT
   1922 21st Street
7  Sacramento, CA 95811
   Telephone: (916)-599-1845
8
   Attorneys for Plaintiff
9  APPLE HILL GROWERS

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

| APPLE HILL GROWERS, | ) | Case No. 2:17-CV-02085-TLN-CKD |
|---|---|---|
| Plaintiff, | ) | NOTICE OF CHANGE OF CONTACT INFORMATION FOR PLAINTIFF'S COUNSEL R. MICHAEL WEST - LOCAL RULE 182(f) |
| vs. | ) | |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | ) | |
| Defendants. | ) | |

20

21       Pursuant to the Local Rules of Court of the Eastern District of California, Rule 182, the

22  undersigned hereby notifies the Court and counsel for all parties in this Action of the following

23  changes in contact information for Plaintiff's counsel, R. Michael West:

24            The undersigned **no longer maintains a facsimile number** for communications.

25       All other contact information remains the same, and the updated contact information is set

26  forth below the signature.

27  / / /

28  / / /

Dated: February 28, 2018                Respectfully submitted,

                                                          /s/ R. Michael West
                                            R. Michael West (SBN 84336)
                                            Law Offices of R. Michael West, APC
                                            1922 21st Street
                                            Sacramento, California 95811
                                            Telephone  (916) 444-5444
                                            E-mail: mwest@saciplaw.com

## PROOF OF SERVICE

I am a citizen of the United States and am employed in Sacramento County.  I am over the age of eighteen (18) years and not a party to this action; my business address is 1922 21st Street, Sacramento, California 95811.

On the date below indicated, I served the foregoing document

**XX**  **VIA CM/ECF FILING SYSTEM:** I caused to be filed with the clerk of the United States District Court for the Eastern District of California, through the Court's CM/ECF electronic filing system, the foregoing listed documents.  Such filing results in a copy of each of said documents to be delivered electronically to the following CM/ECF participants in this action:

> Paul William Reidl
> Law Office Of Paul W. Reidl
> 285 Troon Way
> Half Moon Bay, CA 94019
>
> paul@reidllaw.com

I certify that the documents were Filed and Served on February 28, 2018.

I declare under penalty of perjury that the foregoing is true and  correct.

Executed on February 28, 2018                /s/ Catherine Ashley Straight
                                                                     Catherine Ashley Straight