R. Michael West (SBN 84336)
mwest@saciplaw.com
LAW OFFICES OF R. MICHAEL WEST, APC
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
LAW OFFICES OF
CATHERINE ASHLEY STRAIGHT
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-599-1845

Attorneys for Plaintiff
APPLE HILL GROWERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS, | Case No. 2:17-CV-02085-TLN-CKD |
| Plaintiff, | NOTICE OF CHANGE OF CONTACT INFORMATION FOR PLAINTIFF'S COUNSEL CATHERINE ASHLEY STRAIGHT |
| vs. | |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | - LOCAL RULE 182(f) |
| Defendants. | |

Pursuant to the Local Rules of Court of the Eastern District of California, Rule 182, the undersigned hereby notifies the Court and counsel for all parties in this Action of the following changes in contact information for Plaintiff's counsel, Catherine Ashley Straight:

**Telephone number 916-599-1845**; and,

The undersigned **no longer maintains a facsimile number** for communications.

All other contact information remains the same, and the updated contact information is set forth below the signature.

1   Dated: February 28, 2018            Respectfully submitted,

2
        /s/ Catherine Ashley Straight
3       Catherine Ashley Straight  (SBN 119339)
        Law Offices of Catherine Ashley Straight
4       1922 21st Street
        Sacramento, California 95811
5       Telephone  (916) 443-9400
        E-mail: cstraight@cas-law.com
6

7       *One of the Attorneys for Plaintiff*
        *APPLE HILL GROWERS*
8

9

10                          **PROOF OF SERVICE**

11      I am a citizen of the United States and am employed in Sacramento County.  I am over the

12  age of eighteen (18) years and not a party to this action;  my business address is 1922 21st Street,

13  Sacramento, California 95811.

14      On the date below indicated, I served the foregoing document

15   **XX**   **VIA CM/ECF FILING SYSTEM:** I caused to be filed with the clerk of the United States

16      District Court for the Eastern District Of California, through the Court's CM/ECF electronic

17      filing system, the foregoing listed documents.  Such filing results in a copy of each of said

18      documents to be delivered electronically to the following CM/ECF participants in this action:

19              Paul William Reidl
                Law Office Of Paul W. Reidl
20              285 Troon Way
                Half Moon Bay, CA 94019
21
                paul@reidllaw.com
22

23      I certify that the documents were Filed and Served on February 28, 2018.

24      I declare under penalty of perjury that the foregoing is true and  correct.

25

26  Executed on February 28, 2018            /s/ Catherine Ashley Straight
                                             Catherine Ashley Straight
27

28