1  PAUL W. REIDL (SBN 155221)
   Law Office of Paul W. Reidl
2  25 Pinehurst Lane
   Half Moon Bay, CA 94019
3  Telephone: (650) 560-8530

4  *Attorney for Defendants*

5  UNITED STATES DISTRICT COURT

6  EASTERN DISTRICT OF CALIFORNIA

7  (SACRAMENTO DIVISION)

| APPLE HILL GROWERS, | Case No. 2:17-cv-02085-TLN-CKD |
|---|---|
| Plaintiff, | NOTICE OF MOTION |
| v. | Date: January 23, 2019 |
| EL DORADO ORCHARDS, et al., | Time: 2:00 pm |
| Defendant. | Courtroom: 2, 15th Floor |

TO:   Plaintiff, Apple Hill Growers, and its attorneys of record:

PLEASE TAKE NOTICE that Defendants El Dorado Orchards, Mason Visman, Brad Visman and Kandi Visman will and hereby do move to dismiss Claims 1,2,4,5 against Defendants Brad and Kandi Visman and El Dorado Vineyards and Claim 3 against Defendant Mason Visman.  Any hearing on this motion will be held at 2:00 p.m. in Courtroom 2, on January 23, 2019, the Honorable Troy L. Nunley, presiding.

This motion is made pursuant to Federal Rules of Civil Procedure 12 (b)(6) and Local Rule 230.  This motion is based on: this Notice of Motion, the accompanying Memorandum, and on such oral and documentary evidence, argument and authorities as may be presented in reply and at the hearing.

//

|   |   |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | **LAW OFFICE OF PAUL W. REIDL** |
| 3 | |
| 4 | By:  /s/ Paul W. Reidl |
| 5 | PAUL W. REIDL (SBN 155221)<br>Law Office of Paul W. Reidl<br>25 Pinehurst Lane<br>Half Moon Bay, CA 94019 |
| 6 | Dated: December 19, 2019 — Telephone: (650) 560-8530<br>Email: paul@reidllaw.com |
| 7 | *Attorney for Defendants* |

NOTICE OF MOTION

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 25 Pinehurst Lane, Half Moon Bay, California, 94019

On December 19, 2019, I served the following document (attached hereto):

**NOTICE OF MOTION**

**(XX)  VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on December 19, 2019:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on December 19, 2019 at Half Moon Bay, California.

/s/ Paul W. Reidl

NOTICE OF MOTION