1 | PAUL W. REIDL (SBN 155221)
Law Office of Paul W. Reidl
2 | 285 Troon Way
Half Moon Bay, CA 94019
3 | Telephone: (650) 560-8530

4 | *Attorney for Defendants*

5 | **UNITED STATES DISTRICT COURT**

6 | **EASTERN DISTRICT OF CALIFORNIA**

7 | **(SACRAMENTO DIVISION)**

| **APPLE HILL GROWERS,** | Case No. 2:17-cv-02085-TLN-CKD |
|---|---|
| Plaintiff, | **ORDER [PROPOSED]** |
| v. | **Date:** January 23, 2020 |
| **EL DORADO ORCHARDS, et al.,** | **Time:** 2:00 pm |
| Defendant. | **Courtroom:** 2, 15th Floor |
|  | **Hon. Troy L. Nunley** |

The matter having come before the Court on Defendant's Motion to Dismiss the First Amended Complaint, and the Court having considered the briefs and arguments of the parties, the Court hereby Orders as follows:

1. All Claims against Defendants Brad and Kandi Visman, and El Dorado Orchards are dismissed with prejudice.

2. Claims 3 against Defendant Mason Visman is dismissed with prejudice.

SO ORDERED

_____

TROY L. NUNLEY

UNITED STATES DISTRICT JUDGE

Page 1

ORDER [PROPOSED]

Dated: _____

ORDER [PROPOSED]

## PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 25 Pinehurst Lane, Half Moon Bay, California, 94019.

On December 19, 2019, I served the following document (attached hereto)

## ORDER [PROPOSED]

**(XX)** **VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on December 19, 2019:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on December 19, 2019, at Half Moon Bay, California.

/s/ Paul W. Reidl