1 PAUL W. REIDL (SBN 155221)
Law Office of Paul W. Reidl
2 25 Pinehurst Lane
Half Moon Bay, CA 94019
3 Telephone: (650) 560-8530

4 *Attorney for Defendants*

5                                 **UNITED STATES DISTRICT COURT**

6                                 **EASTERN DISTRICT OF CALIFORNIA**

7                                      **(SACRAMENTO DIVISION)**

| | |
|---|---|
| **APPLE HILL GROWERS,** | Case No. 2:17-cv-02085-TLN-CKD |
| Plaintiff, | **RE-NOTICE OF MOTION** |
| v. | Date: February 20, 2020 |
| **EL DORADO ORCHARDS, et al.,** | Time: 2:00 pm |
| Defendant. | Courtroom: 2, 15th Floor |

14     To:     Plaintiff, the Court, Apple Hill Growers, and its attorneys of record:

15     PLEASE TAKE NOTICE that Defendants El Dorado Orchards, Mason Visman, Brad Visman and Kandi Visman will and hereby do move to dismiss Claims 1,2,4,5 against Defendants Brad and Kandi Visman and El Dorado Vineyards and Claim 3 against Defendant Mason Visman. Any hearing on this motion will be held at 2:00 p.m. in Courtroom 2, on February 20, 2019, the Honorable Troy L. Nunley, presiding.

20     There are two reasons for re-noticing the motion. First, the date was for "2019" which was erroneous. Second, a dispute has arisen between the parties over whether the motion was procedurally permissible, if so whether it should be withdrawn, and if so how and when a substitute pleading consisting of an answer, affirmative defenses and counterclaims may be filed without a motion. Re-noticing the motion gives the parties time to engage in good faith discussion of that dispute without

1  Plaintiff having to prepare a substantive response in the near -term, and with due regard for the Holiday

2  season when lawyers and their clients are generally unavailable.

3        This re-noticed motion is made pursuant to Federal Rules of Civil Procedure 12 (b)(6) and

4  Local Rule 230.   This motion is based on: this Re-Notice of Motion, the previously-filed

5  Memorandum, and on such oral and documentary evidence, argument and authorities as may be

6  presented in reply and at the hearing.

7                                      Respectfully Submitted,

8                          **LAW OFFICE OF PAUL W. REIDL**

9

                        By:  /s/ Paul W. Reidl

10

                        PAUL W. REIDL (SBN 155221)
11                         Law Office of Paul W. Reidl
                        25 Pinehurst Lane
12  Dated: December 22, 2019    Half Moon Bay, CA 94019
                        Telephone: (650) 560-8530
                        Email: paul@reidllaw.com
13

                        *Attorney for Defendants*

14

15

16

17

18

19

20

21

22

23

24

RE-NOTICE OF MOTION

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 25 Pinehurst Lane, Half Moon Bay, California, 94019

On December 22, 2019, I served the following document (attached hereto):

**RE-NOTICE OF MOTION**

**(XX) VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on December 22, 2019:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on December 22, 2019 at Mokuleia, Hawaii.

/s/ Paul W. Reidl

Page 3
RE-NOTICE OF MOTION