1  PAUL W. REIDL (SBN 155221)
   Law Office of Paul W. Reidl
2  25 Pinehurst Lane
   Half Moon Bay, CA 94019
3  Telephone: (650) 560-8530

4  *Attorney for Defendants*

5                    **UNITED STATES DISTRICT COURT**

6                   **EASTERN DISTRICT OF CALIFORNIA**

7                         **(SACRAMENTO DIVISION)**

8

   **APPLE HILL GROWERS,**              Case No. 2:17-cv-02085-TLN-CKD
9
        Plaintiff,                      **NOTICE OF MOTION**
10
        v.                              Date:  March 5, 2020
11
   **EL DORADO ORCHARDS, et al.,**      Time:  2:00 pm
12
        Defendants.                     Courtroom:  2, 15th Floor
13
                                        Hon. Troy L. Nunley
14

15        TO:    Plaintiff, Apple Hill Growers, and its attorneys of record:

16        PLEASE TAKE NOTICE that Defendants El Dorado Orchards, Mason Visman, Brad Visman

17  and Kandi Visman have requested the Court to accept under Rule 15 the Answer, Affirmative Defenses

18  and Counterclaims as a substitute pleading for the Motion to Dismiss (ECF No. 18).  To the extent

19  that a motion is required, Defendants will and hereby do move to have the Answer, Affirmative

20  Defenses and Counterclaims accepted as the operative pleading in this case.   Any hearing on this

21  motion will be held at 2:00 p.m. in Courtroom 2, on March 5, 2020, the Honorable Troy L. Nunley,

22  presiding.

23  //

24  //

                                        Page 1
NOTICE OF MOTION

1    This motion is made pursuant to Federal Rules of Civil Procedure 55 (c).  It is This motion is

2    based on: this Notice of Motion; the accompanying Memorandum; and on such oral and documentary

3    evidence, argument and authorities as may be presented in reply and at the hearing.

4                                    Respectfully Submitted,

5                              **LAW OFFICE OF PAUL W. REIDL**

6

7                              By:   /s/ Paul W. Reidl

8                                    PAUL W. REIDL (SBN 155221)
                                     Law Office of Paul W. Reidl
                                     25 Pinehurst Lane
9    Dated: January 9, 2020          Half Moon Bay, CA 94019
                                     Telephone: (650) 560-8530
                                     Email: paul@reidllaw.com

10                                   *Attorney for Defendants*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF MOTION

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 25 Pinehurst Lane, Half Moon Bay, California, 94019

On January 9, 2020, I served the following document (attached hereto):

**NOTICE OF MOTION**

**(XX)**   **VIA CM/ECF FILING SYSTEM.**  The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on January 9, 2020:

R. Michael West
mwest@saciplaw.com


Catherine Ashley Straight
cstraight@cas-law.com

Executed on January 9, 2020, at Half Moon Bay, California.

/s/ Paul W. Reidl

NOTICE OF MOTION