1  PAUL W. REIDL (SBN 155221)
   Law Office of Paul W. Reidl
2  25 Pinehurst Lane
   Half Moon Bay, CA 94019
3  Telephone: (650) 560-8530

4  *Attorney for Defendants*

5              UNITED STATES DISTRICT COURT

6             EASTERN DISTRICT OF CALIFORNIA

7                  (SACRAMENTO DIVISION)

8  **APPLE HILL GROWERS,**            Case No. 2:17-cv-02085-TLN-CKD

9        Plaintiff,                   **ORDER [PROPOSED]**

10       v.                           **Date:** March 5, 2020

11 **EL DORADO ORCHARDS, et al.,**    **Time:** 2:00 pm

12       Defendant.                   **Courtroom:** 2, 15th Floor

13                                    **Hon. Troy L. Nunley**

14     The matter having come before the Court on DEFENDANTS' REQUEST TO FILE

15 SUBSTITUTE PLEADING AND, ALTERNATIVELY, MOTION TO ACCEPT ANSWER,

16 AFFIRMATIVE DEFENSES AND COUNTERCLAIMS, the Court rules as follows:

17     1.    The Answer, Affirmative Defenses and Counterclaims are hereby accepted as the

18 operative pleading in this manner.

19 SO ORDERED

20 _____

21 TROY L. NUNLEY

22 UNITED STATES DISTRICT JUDGE

23

24  Dated: _____

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 25 Pinehurst Lane, Half Moon Bay, California, 94019.

On January 9, 2020, I served the following document (attached hereto)

**ORDER [PROPOSED]**

**(XX)** **VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on January 9, 2020:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on January 9, 2020, at Half Moon Bay, California.

/s/ Paul W. Reidl