1  PAUL W. REIDL (SBN 155221)
   Law Office of Paul W. Reidl
2  25 Pinehurst Lane
   Half Moon Bay, CA 94019
3  Telephone: (650) 560-8530

4  *Attorney for Defendants*

5                    **UNITED STATES DISTRICT COURT**

6                    **EASTERN DISTRICT OF CALIFORNIA**

7                         **(SACRAMENTO DIVISION)**

8
   **APPLE HILL GROWERS,**                Case No. 2:17-cv-02085-TLN-CKD
9
         Plaintiff,
10
         v.                               **NOTICE OF WITHDRAWAL OF MOTION**
11
   **EL DORADO ORCHARDS, et al.,**
12
         Defendant.
13

14

15       Defendants hereby withdraw the Motion dated December 19, 2019 (ECF No. 18).  By separate

16 filing of today's date, Defendants request that the Answer, Affirmative Defenses and Counterclaims

17 be substituted for it and that they become the operative pleading in the case.

                                          Respectfully Submitted,
18
                                          **LAW OFFICE OF PAUL W. REIDL**
19
   Dated: January 9, 2020                 By:   /s/ Paul W. Reidl
20
                                          PAUL W. REIDL (SBN 155221)
21                                        Law Office of Paul W. Reidl
                                          25 Pinehurst Lane
22                                        Half Moon Bay, CA 94019
                                          Telephone: (650) 560-8530
23                                        Email: paul@reidllaw.com

24                                        *Attorney for Defendants*

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 25 Pinehurst Lane, Half Moon Bay, California, 94019

On January 9, 2020, I served the following document (attached hereto):

**NOTICE OF WITHDRAWAL OF MOTION**

**(XX)    VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on January 9, 2020:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on January 9, 2020, at Half Moon Bay, California.

/s/ Paul W. Reidl