R. Michael West (SBN 84336)
mwest@saciplaw.com
LAW OFFICES OF R. MICHAEL WEST
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
LAW OFFICES OF
CATHERINE ASHLEY STRAIGHT
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-599-1845

Attorneys for Plaintiff/Counter-Defendant
APPLE HILL GROWERS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE HILL GROWERS, | Case No. 2:17-cv-02085-TLN-CKD |
| Plaintiff/Counter-Defendant, | |
| vs. | PLAINTIFF/COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIM OF DEFENDANTS |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | JURY TRIAL DEMANDED |
| Defendants/Counter-Plaintiffs. | |

Plaintiff and Counter-Defendant APPLE HILL GROWER ("AHG") hereby answers the Counterclaim of Defendants and Counter-Plaintiffs EL DORADO ORCHARDS, INC. ("EDO"), BRAD VISMAN, KANDI VISMAN, and MASON VISMAN (collectively, "Defendants/Counter-Plaintiffs"), and asserts its Affirmative Defenses as set forth following. In answering the Counterclaim, AHG has used Counter-Plaintiffs' titles and numbering.

**NATURE OF THE ACTION**

1. AHG admits that the Counterclaim seeks cancellation of AHG's U. S. Trademark Registrations, and that Counter-Plaintiffs make assertions respecting unfair competition.

## JURISDICTION

2. AHG admits that this Court has subject matter jurisdiction over the action and the Counterclaim.

## VENUE

3. AHG admits that venue is proper in this judicial district and division.

## PARTIES

4. Admitted in part; denied in part. AHG admits the allegations respecting EDO in Paragraph 4. AHG is without sufficient knowledge to form a belief as to the truth of the allegations respecting the Visman family, and therefore denies same.

5. Admitted.

6. Admitted in part; denied in part. Admitted that Mason Visman is the son of Brad and Kandi Visman; and, that Mason Visman is the listed registrant of Service Mark Registration No. 4,682,963, registered on the Supplemental Register of the U.S. Trademark Office. AHG denies the remaining allegations of Paragraph 6.

7. Admitted in part; denied in part. AHG admits that: it is a California corporation having its principal address at 2461 Larsen Drive, Camino, CA 95709; AHG's predecessor in interest originally coined the term "APPLE HILL" in 1964 to be used in connection with fruit, fruit juices, and other goods and services; and, AHG owns Trademark Registration Nos. 1,945,541 and 5,034,321, for the mark APPLE HILL for various goods. AHG denies all other allegations of Paragraph 7.

## NATURE OF THE ACTION

8. Denied.

## FACTUAL BACKGROUND

9. Admitted in part; denied in part. AHG admits that a dispute arose between AHG and EDO, and that Brad Visman and Mason Visman filed Trademark and/or Service Mark Applications for the mark APPLE HILL in their own names. AHG denies all other allegations of Paragraph 9.

10. Denied.

11. Admitted in part; denied in part. AHG admits that it filed a Petition To Cancel

Registration No. 4,682,963 on May 16, 2016, and that Cancellation No. 92063781 is currently suspended. AHG denies all other allegations of Paragraph 11.

12. Admitted in part; denied in part. AHG admits that, after the License to use the APPLE HILL mark was terminated in 2014, Counter-Plaintiffs did not have AHG's permission to use the APPLE HILL mark. AHG denies all other allegations of Paragraph 12.

13. Denied.

14. Denied.

## CLAIM ONE

### (Cancellation of Registration No. 1,945,541)

15. AHG incorporates by reference its answers to the preceding Paragraphs as if fully set forth herein.

16. Denied.

17. Denied.

18. Denied.

## CLAIM TWO

### (Cancellation of Registration No. 5,034,321)

19. AHG incorporates by reference its answers to the preceding Paragraphs as if fully set forth herein.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

## CLAIM THREE

### (California Unfair Competition, B & P § 17200)

24. AHG incorporates by reference its answers to the preceding Paragraphs as if fully set forth herein.

25. Denied.

26. Denied.

27. Denied.

## CLAIM FOUR

### (Restitution Based on Unjust Enrichment)

28. AHG incorporates by reference its answers to the preceding Paragraphs as if fully set forth herein.

29. Denied.

## CLAIM FIVE

### (Unlawful Group Boycott – 15 U.S.C. § 1)

30. AHG incorporates by reference its answers to the preceding Paragraphs as if fully set forth herein.

31. Denied.

32. Denied.

33. Denied.

## CLAIM SEVEN [1]

### (Unlawful Group Boycott – B & P §§ 16700-16770)

34. AHG incorporates by reference its answers to the preceding Paragraphs as if fully set forth herein.

35. Denied.

36. Denied.

37. Denied.

## AFFIRMATIVE DEFENSES

As separate and independent affirmative defenses to the Counterclaim, AHG hereby alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Claim - FRCP Rule 12(b)(6))

---

1. No CLAIM SIX exists in the Counterclaim pleading.

The allegations of the Counterclaim, and each of the Claims therein, fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

#### (Laches)

Claims 1 and 2 of the Counterclaim are barred by the equitable doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

#### (Unclean Hands)

Each of the Claims of the Counterclaim is barred by the doctrine of unclean hands, in light of the unethical and improper conduct of Counter-Plaintiffs, and each of them.

### FOURTH AFFIRMATIVE DEFENSE

#### (Statute Of Limitations)

Claims designated as 3, 4, 5, and 7, of the Counterclaim, are barred in whole or in part by the applicable statutes of limitation. The statute of limitations respecting Claim 3 brought pursuant to California Business and Professions Code § 17200 *et seq.*, asserted solely by Mason Visman, is four (4) years from the date the cause of action accrued; such time period has expired. The statute of limitations respecting Claim 4 for Unjust Enrichment, is three (3) years; which has expired. Respecting Claims 5 and 7, purportedly asserting anti-trust violations in the form of a group boycott, the statute of limitations is four (4) years from the date of accrual; which has also expired.

### FIFTH AFFIRMATIVE DEFENSE

#### (Estoppel)

Each of the Claims of the Counterclaim is barred by the doctrine of estoppel, including but not limited to, licensee estoppel. For many years, as Licensee's of AHG, Counter-Plaintiffs have acknowledged AHG's Trademark and Service Mark rights respecting the APPLE HILL mark and the validity thereof, and have further admitted the validity of the APPLE HILL Trademark Registrations. Further, by filing their own Trademark and Service Mark Registrations for the mark APPLE HILL, Counter-Plaintiffs have admitted that APPLE HILL is not merely descriptive and not a generic term. Counter-Plaintiffs are estopped from challenging AHG's Trademark Registrations, and its rights in the APPLE HILL Trademark and Service Mark.

## SIXTH AFFIRMATIVE DEFENSE

### (Counter-Plaintiffs Own Conduct Caused Or Contributed To Any Damages)

Each purported Claim seeking damages is barred, in whole or in part, because Counter-Plaintiffs have not suffered any cognizable damage or other harm as a result of any act or omission of AHG. The actions, inactions, wrongful or unlawful conduct of Counter-Plaintiffs themselves, of their affiliates or agents, or of third parties, proximately caused and/or contributed to, or were the sole cause of, damages, sustained by a Counter-Plaintiff, if any.

## SEVENTH AFFIRMATIVE DEFENSE

### (Justification)

AHG is an association comprised of more than fifty(50) "Member/Growers." AHG licenses its Member/Growers to use the APPLE HILL Trademark and Service Mark in connection with the sale and provision of such Member/Grower's goods and/or services. AHG has a duty and responsibility to maintain the Trademark and Service Mark rights which benefit the Member/Growers. Any acts undertaken by AHG to maintain, protect and defend the APPLE HILL mark were justified, and Counter-Plaintiffs are barred from recovery from AHG on any Claim asserted in the Counterclaim.

## EIGHTH AFFIRMATIVE DEFENSE

### (Privilege)

Claims designated as 3, 4, 5, and 7, of the Counterclaim, are barred by the privilege of AHG to protect its own financial interests. AHG has a financial interest in, among other things, the protection of its Trademark and Service Mark rights, and the promotion of the goods and services of its Member/Growers. Any acts by AHG were undertaken to protect its financial interests, and the interests of its Member/Growers, and were reasonable and appropriate under the circumstances.

## NINTH AFFIRMATIVE DEFENSE

### (Lack Of Market Power And Beneficial Effect On Competition And Consumers)

AHG maintains quality control standards; however, AHG has no authority nor ability to increase prices or reduce output, either among its Member/Growers, or with other providers of the

types of goods and services offered by its Member/Growers. By limiting the use of its Trademark APPLE HILL to authorized Member/Growers, AHG does not prevent or restrain others from entering the market. By maintaining quality control standards, while allowing each of its Member/Growers to determine the price and availability of their own goods and services, AHG has a beneficial effect on competition which ultimately benefits the consuming public.

## **PRAYER FOR RELIEF ON COUNTERCLAIM**

WHEREFORE, Counter-Defendant Apple Hill Growers prays for judgment against Counter-Plaintiffs, and each of them, as follows:

1. That the Counterclaim be dismissed in its entirety with prejudice and that Counter-Plaintiffs, and each of them, take nothing on the Counterclaim.

2. That the Court finds this case to be exceptional and award Counter-Defendant reasonable attorneys' fees pursuant to 15 U.S.C. Section 1117, California law, and any other applicable provisions of law.

3. That the Court award Counter-Defendant its costs of suit incurred herein.

4. For such other or further relief as the Court may deem just and proper.

## **Jury Demand**

Pursuant to Federal Rules Of Civil Procedure, Rule 38, Plaintiff APPLE HILL GROWERS respectfully demands a trial by jury on all issues properly triable by a jury in this action.

Dated: February 18, 2020           Respectfully submitted,

                                           /s/ R. Michael West
                                           R. Michael West (SBN 84336)
                                           Law Offices of R. Michael West
                                           1922 21st Street
                                           Sacramento, California 95811
                                           Telephone (916) 444-5444
                                           E-mail: mwest@saciplaw.com

          /s/ Catherine Ashley Straight
Catherine Ashley Straight  (SBN 119339)
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, California 95811
Telephone  (916) 599-1845
E-mail: cstraight@cas-law.com

*Attorneys for Plaintiff and Counter-Defendant*
 *APPLE HILL GROWERS*