1  R. Michael West (SBN 84336)
   mwest@saciplaw.com
2  LAW OFFICES OF R. MICHAEL WEST, APC
   1922 21ST Street
3  Sacramento, CA 95811
   Telephone: (916) 444-5444
4
   Catherine Ashley Straight (SBN 119339)
5  cstraight@cas-law.com
   LAW OFFICES OF
6  CATHERINE ASHLEY STRAIGHT
   1922 21st Street
7  Sacramento, CA 95811
   Telephone: (916)-599-1845
8
   Attorneys for Plaintiff
9  APPLE HILL GROWERS

10

11                    **UNITED STATES DISTRICT COURT**

12                    **EASTERN DISTRICT OF CALIFORNIA**

13

| APPLE HILL GROWERS, | ) | Case No. 2:17-CV-02085-TLN-CKD |
|---|---|---|
| Plaintiff, | ) | PROOF OF SERVICE |
| vs. | ) | |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | ) ) ) | |
| Defendants. | ) | |

21      I am a citizen of the United States and am employed in Sacramento County. I am over the

22  age of eighteen (18) years and not a party to this action; my business address is 1922 21st Street,

23  Sacramento, California 95811.

24      On the date below indicated, I served the following document:

25      PLAINTIFF/COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIM OF
        DEFENDANTS  -  JURY TRIAL DEMANDED
26
    **XX  VIA CM/ECF FILING SYSTEM:** I caused to be filed with the clerk of the United States
27
        District Court for the Eastern District Of California, through the Court's CM/ECF electronic

**Law Offices Of
R. Michael West**
Patent Trademark
Copyright Law

1 filing system, the foregoing listed document.  Such filing results in a copy of each of said

2 documents to be delivered electronically to the following CM/ECF participants in this action:

      Paul William Reidl
      Law Office Of Paul W. Reidl
      25 Pinehurst Lane
      Half Moon Bay, CA 94019

      paul@reidllaw.com

7 I certify that the documents were Filed and Served on February 18, 2020.

8 I declare under penalty of perjury that the foregoing is true and correct.

10 Executed on February 18, 2020          /s/ Catherine Ashley Straight
                                                           Catherine Ashley Straight

**Law Offices Of**
**R. Michael West**
Patent Trademark
Copyright Law

-2-   2:17-CV-02085-TLN-CKD
PROOF OF SERVICE