R. Michael West (SBN 84336)
mwest@saciplaw.com
LAW OFFICES OF R. MICHAEL WEST
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
LAW OFFICES OF
CATHERINE ASHLEY STRAIGHT
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-599-1845

Attorneys for Plaintiff
APPLE HILL GROWERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS, | Case No. 2:17-CV-02085-TLN-CKD |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | |
| Defendants. | |

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Sacramento County. I am over the age of eighteen (18) years and not a party to this action; my business address is 1922 21st Street, Sacramento, California 95811.

On the date below indicated, I served the document described below:

UPDATED JOINT STATUS REPORT

-1-    2:17-CV-02085-TLN-CKD

PROOF OF SERVICE

1 | on Counsel for Defendants/Counter-Plaintiffs by the means set forth following:

3 | __XX__  **VIA CM/ECF FILING SYSTEM:**  I caused to be filed with the clerk of the United States District Court for the Eastern District of California, through the Court's CM/ECF electronic filing system, the foregoing listed documents.  Such filing results in a copy of each of said documents to be delivered electronically to the following CM/ECF participants in this action:

I certify that the documents are being Filed and Served on April 2, 2021.

> Paul W. Reidl
> Law Office Of Paul W. Reidl
> 25 Pinehurst Lane
> Half Moon Bay, CA 94019
>
> paul@reidllaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2021        _/s/ Catherine Ashley Straight_
                                 Catherine Ashley Straight