1    R. Michael West (SBN 84336)
     mwest@saciplaw.com
2    LAW OFFICES OF R. MICHAEL WEST
     1922 21ST Street
3    Sacramento, CA 95811
     Telephone: (916) 444-5444
4
     Catherine Ashley Straight (SBN 119339)
5    cstraight@cas-law.com
     LAW OFFICES OF
6    CATHERINE ASHLEY STRAIGHT
     1922 21st Street
7    Sacramento, CA 95811
     Telephone: (916)-599-1845
8
     Attorneys for Plaintiff
9    APPLE HILL GROWERS

10                     **UNITED STATES DISTRICT COURT**

11                     **EASTERN DISTRICT OF CALIFORNIA**

12
     APPLE HILL GROWERS,                    )   Case No.  2:17-CV-02085-TLN-CKD
13                                          )
           Plaintiff/Counter-Defendant,     )   NOTICE OF MOTION AND MOTION UNDER
14                                          )   LOCAL RULE 251(e) TO COMPEL MASON
           vs.                              )   VISMAN TO:
15                                          )   1.  SERVE INTERROGATORY ANSWERS;
     EL DORADO ORCHARDS, INC.,              )   2.  SERVE RESPONSES TO DOCUMENT
16   BRAD VISMAN, KANDI VISMAN,             )       REQUESTS ; and
     and MASON VISMAN,                      )   3.  PRODUCE DOCUMENTS AND THINGS
17                                          )
           Defendants/Counter-Plaintiffs.   )   MEMORANDUM IN SUPPORT OF MOTION
18   _____)
                                                Date: January 5, 2021
19                                              Time: 10:00 A.m.
                                                Courtroom: 24  -  8th Floor
20
                                                Honorable Magistrate Judge
21                                                  Carolyn K. Delaney

22

23                        **NOTICE OF MOTION AND MOTION**

24        TO Defendant/Counter-Plaintiff MASON VISMAN, and his attorney Paul W. Reidl:

25        PLEASE TAKE NOTICE that, at the time and location indicated above or as soon thereafter

26   as the matter may be heard, pursuant to Federal Rules Of Civil Procedure, Rule 37(a)(3)(B)(iii) and

27   (iv), and Local Rule 251(e) of the Local Rules of Practice for the United States District Court for the

28   Eastern District of California, Plaintiff APPLE HILL GROWERS will move the court for the

                                            -1-                    2:17-CV-02085-TLN-CKD
     _____
     NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION OF DOC. - DEF. MASON VISMAN

following Orders:

1. An Order that Defendant/Counter-Plaintiff MASON VISMAN Answer Plaintiff/Counter-Defendant's First Set of Interrogatories to Defendant Mason Visman, separately and fully, in compliance with F.R.C.P. Rule 33;

2. An Order that Defendant/Counter-Plaintiff MASON VISMAN Respond in writing to Plaintiff/Counter-Defendant's First Request for Production of Documents and Things To Defendant Mason Visman, in compliance with F.R.C.P. Rule 34; and,

3. An Order that Defendant/Counter-Plaintiff MASON VISMAN produce for inspection, copying and related activities the documents and things requested in Plaintiff/Counter-Defendant's First Request for Production of Documents and Things To Defendant Mason Visman.

This Motion will be based upon this Notice Of Motion, the accompanying Memorandum In Support thereof, the Declaration of Catherine Ashley Straight filed herewith, and such additional evidence, argument, and legal authority presented in any Reply Memorandum and/or at any oral hearing on the matter.

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

This Motion is brought pursuant to Federal Rules Of Civil Procedure, Rule 37(a)(3)(B)(iii) and (iv) which provide that a party seeking discovery may move for an order compelling an answer, designation, production, or inspection, if: a party fails to answer an interrogatory submitted under Rule 33; or a party fails to produce documents or fails to respond that inspection will be permitted—or fails to permit inspection—as requested under Rule 34.

**A. Plaintiff APPLE HILL GROWERS' Discovery Served On Defendant MASON VISMAN**

The First Amended Complaint is an action for Trademark Infringement against Defendants for use of Plaintiff AHG's Trademark APPLE HILL (ECF No. 17). Defendants have asserted Counter-claims against Plaintiff APPLE HILL GROWERS for cancellation of Plaintiffs' registered Trademarks (ECF No. 25). Defendant MASON VISMAN has asserted Counter-claims against Plaintiff based on Unfair Competition and Unlawful Group Boycott (ECF No. 25).

1   Plaintiff APPLE HILL GROWERS served the following discovery on Defendant MASON

2   VISMAN on <u>November 15, 2021</u>:

3   1.  Plaintiff/Counter-Defendant's First Set of Interrogatories to Defendant Mason

4   Visman, consisting of twenty-three (23) interrogatories.  The first fourteen (14) interrogatories are

5   directed to MASON VISMAN'S use of APPLE HILL and/or Federal Service Mark Registration

6   No.4,682,963 owned by MASON VISMAN.   The last nine (9) interrogatories are contention

7   interrogatories directed to contentions set forth in Defendant MASON VISMAN's Counterclaim

8   against Plaintiff APPLE HILL GROWERS.

9   2.  Plaintiff/Counter-Defendant's First Request for Production of Documents and

10   Things To Defendant Mason Visman, requesting documents and things including those which

11   support Defendant MASON VISMAN's denials of Plaintiff's allegation and Defendants' contentions

12   in the Counterclaim.

13   On <u>November 16, 2021</u>, by e-mail counsel for Defendant MASON VISMAN acknowledged

14   receipt of the discovery documents.

15   Pursuant to F.R.C.P. Rules 33 and 34, written answers and responses to the foregoing

16   described discovery was due by December 15, 2021.

17   **B.  <u>Defendant MASON VISMAN Complete And Total Failure To Respond To Discovery</u>**

18   Nothing was heard from Defendant's counsel for the next  month.

19   On <u>December 16, 2021</u>, Plaintiff's counsel sent an e-mail to counsel for Defendant MASON

20   VISMAN, stating:

21   *"According to my calculation, written responses to the Discovery we served on*

22   *November 15, 2021 was due yesterday.  Please advise."*

23   On <u>December 16, 2021</u>, Defendant MASON VISMAN's counsel responded by e-mail to

24   counsel for Plaintiff APPLE HILL GROWERS, stating:

25   *"We are working on them but they will not be done soon because tomorrow is my*

26   *last day in the office for 2021."*

27   Counsel also stated in the December 16th e-mail that he thought "we need to stipulate to the

28   extension of the schedule."  No reason has been provided as to why Defendants' counsel waited until

1   after discovery responses were due to bring up an extension of the "schedule" – and no reason why
2   written answers and responses were not served in compliance with F.R.C.P. Rules 33 and 34 was
3   given.

4          Actual production of responsive documents was required under the Document Request on
5   December 20, 2021.  No documents have been produced.

6          As of the date of filing this Motion, no answers to the Interrogatories and no written
7   responses to the Request for Production of Documents have been received.   Furthermore,
8   Defendant's counsel made it clear that answers and responses would not be done any time soon.

9   **C.  <u>Need For Court Intervention And Local Rule 251 (e)</u>**

10          It is clear that there has been a complete and total failure to respond to all of the discovery
11   propounded: the entire set of interrogatories and entire set of document requests.

12          L.R. 251 (e) provides the procedure for bringing a Motion to Compel when there has been
13   a complete and total failure to respond to a discovery request as in this case.  First, there is an
14   exception for providing a Joint Statement re Discovery Disagreement. Second, the aggrieved party
15   may bring a motion for relief for hearing on fourteen (14) days notice.  Then, the responding party
16   shall file a response thereto not later than seven (7) days before the hearing date.

17          In the instant case, there is a critical need for speedy resolutions of any discovery disputes.
18   The court has entered a Scheduling Order with respect to regular discovery which requires that:  All
19   discovery, with the exception of expert discovery, shall be completed by February 28, 2022,
20   including resolution of disputes relative to discovery.  (ECF No. 29)

21          Defendant has completely and totally failed to comply with Plaintiff's discovery requests.
22   Accordingly, Plaintiff APPLE HILL GROWERS respectfully requests that the court order Defendant
23   MASON VISMAN immediately to provide Answers to Interrogatories and Responses to Document
24   Requests, and to produce the responsive documents.

25          Considering the impending discovery cut-off date, Plaintiff respectfully requests that the
26   court maintain oversight of Defendant's compliance with the court's order and provide shortened
27   time, or an informal procedure, to address issues respecting such compliance and to resolve disputes
28   respecting Defendant MASON VISMAN's discovery responses.

1

2   Dated: December 22, 2021            Respectfully submitted,
                                        /s/ Catherine Ashley Straight
3                                       Catherine Ashley Straight  (SBN 119339)
                                        Law Offices of Catherine Ashley Straight
4                                       1922 21st Street
                                        Sacramento, California 95811
5                                       Telephone  (916)599-1845
                                        E-mail: cstraight@cas-law.com
6

7                                       *One of the Attorneys for Plaintiff*
                                        *APPLE HILL GROWERS*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION OF DOC. - DEF. MASON VISMAN

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Sacramento County.  I am over the age of eighteen (18) years and not a party to this action;  my business address is 1922 21st Street, Sacramento, California 95811.

On the date below indicated, I served the foregoing document

NOTICE OF MOTION AND MOTION TO COMPEL MASON VISMAN TO:
1.   SERVE INTERROGATORY ANSWERS;
2.   SERVE RESPONSES TO DOCUMENT REQUESTS ; and
3.   PRODUCE DOCUMENTS AND THINGS

MEMORANDUM IN SUPPORT OF MOTION

 **XX**     **VIA ELECTRONIC MEANS:** I caused this document to be delivered via electronic means to the below identified counsel's e-mail of record with the Court for this action.  Said e-mail address, along with counsel's name and address of record, are set forth below.  Such service complies with Federal Rules Of Civil Procedure, Rule 5(E), as counsel has consented to service by electronic means.

Paul William Reidl
Law Office Of Paul W. Reidl
25 Pinehurst Lane
Half Moon Bay, CA 94019

paul@reidllaw.com

I certify that the document was Served electronically on December 22, 2021.

I declare under penalty of perjury that the foregoing is true and  correct.

Executed on December 22, 2021              */s/* Catherine Ashley Straight
                                            Catherine Ashley Straight