R. Michael West (SBN 84336)
mwest@saciplaw.com
LAW OFFICES OF R. MICHAEL WEST
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
LAW OFFICES OF
CATHERINE ASHLEY STRAIGHT
1922 21st Street
Sacramento, CA 95811
Telephone: (916) 599-1845

Attorneys for Plaintiff
APPLE HILL GROWERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| APPLE HILL GROWERS, | Case No. 2:17-CV-02085-TLN-CKD |
|---|---|
| Plaintiff, | DECLARATION OF CATHERINE ASHLEY STRAIGHT IN SUPPORT OF PLAINTIFF APPLE HILL GROWERS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT MASON VISMAN |
| vs. | |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | Date: January 5, 2021<br>Time: 10:00 A.m.<br>Courtroom: 24 - 8th Floor |
| Defendants. | Honorable Magistrate Judge<br>    Carolyn K. Delaney |

I, Catherine Ashley Straight, declare as follows:

   1. I make this declaration in support of Plaintiff APPLE HILL GROWERS' Motion to Compel Defendant MASON VISMAN to:

       1.    SERVE INTERROGATORY ANSWERS;
       2.    SERVE RESPONSES TO DOCUMENT REQUESTS ; and
       3.    PRODUCE DOCUMENTS AND THINGS

/ / /

2. The facts set forth herein are based upon my own personal knowledge, and if called upon to do so, I could and would competently testify to these facts.

3. I am an attorney licensed to practice in all of the courts of the State of California and in the United States District Court for the Eastern District of California; and I am one of Plaintiff's attorneys in this action.

4. On behalf of Plaintiff APPLE HILL GROWERS, I served the following discovery on Defendant MASON VISMAN on November 15, 2021:

Plaintiff/Counter-Defendant's First Set of Interrogatories to Defendant Mason Visman, consisting of twenty-three (23) interrogatories.  The first fourteen (14) interrogatories are directed to MASON VISMAN'S use of APPLE HILL and/or Federal Trademark Registration No. 4,682,963 owned by MASON VISMAN.  The last nine (9) interrogatories are contention interrogatories directed to contentions set forth in Defendant MASON VISMAN's Counterclaim against Plaintiff APPLE HILL GROWERS.

Plaintiff/Counter-Defendant's First Request for Production of Documents and Things To Defendant Mason Visman, requesting documents and things including those which support Defendant MASON VISMAN's denials of Plaintiff's allegation and Defendants' contentions in the Counterclaim.

5. On November 16, 2021, counsel for Defendant MASON VISMAN acknowledged receipt of the discovery documents via an e-mail to the undersigned.

6. On December 16, 2021, I sent an e-mail to counsel for Defendant MASON VISMAN, Paul W. Reidl, stating:

*"According to my calculation, written responses to the Discovery we served on November 15, 2021 was due yesterday.  Please advise."*

7. On December 16, 2021, Defendant MASON VISMAN's counsel, Paul W. Reidl, sent a responsive e-mail to the undersigned, stating:

*"We are working on them but they will not be done soon because tomorrow is my last day in the office for 2021."*

Defendants' counsel also stated in the December 16th e-mail that he thought "we need to stipulate

to the extension of the schedule." No reason has been provided as to why Defendants' counsel waited until after discovery responses were due to bring up an extension of the "schedule" – and no reason why written answers and responses were not served in compliance with F.R.C.P. Rules 33 and 34 was given.

   8. I sent a follow up e-mail to Defendant's counsel respecting the failure to serve discovery responses timely. In his response to my further e-mail, said counsel said "I am asking until January 15 to get you Mason's written responses" but followed the request with the statement that "I do not know if I can get the other responses to you by that time." I then attempted to contact Defendants' counsel by telephone on December 17, 2021 and left a message regarding the failure to respond to discovery and requesting a return call to discuss, but he has not returned my telephone call.

   9. To date, no responses to the Interrogatories or the Request for Production of Documents have been received.

   10. Pursuant to the Document Request, actual production of responsive documents was required to be made on December 20, 2021. No documents have been produced.

   11. The Scheduling Order (ECF No. 29) with respect to this action provides that:

   "All discovery, with the exception of expert discovery, shall be completed by
   February 28, 2022."

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on the date set forth following:

Date:     December 21, 2021

                              /s/ Catherine Ashley Straight
                              Catherine Ashley Straight

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Sacramento County. I am over the age of eighteen (18) years and not a party to this action; my business address is 1922 21st Street, Sacramento, California 95811.

On the date below indicated, I served the foregoing document

DECLARATION OF CATHERINE ASHLEY STRAIGHT IN SUPPORT OF PLAINTIFF APPLE HILL GROWERS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT MASON VISMAN

__XX__   **VIA ELECTRONIC MEANS:** I caused this document to be delivered via electronic means to the below identified counsel's e-mail of record with the Court for this action. Said e-mail address, along with counsel's name and address of record, are set forth below. Such service complies with Federal Rules Of Civil Procedure, Rule 5(E), as counsel has consented to service by electronic means.

>Paul William Reidl
>Law Office Of Paul W. Reidl
>25 Pinehurst Lane
>Half Moon Bay, CA 94019
>
>paul@reidllaw.com

I certify that the document was Served electronically on December 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2021       __/s/ Catherine Ashley Straight__
                                    Catherine Ashley Straight