1    R. Michael West (SBN 84336)
     mwest@saciplaw.com
2    LAW OFFICES OF R. MICHAEL WEST
     1922 21ST Street
3    Sacramento, CA 95811
     Telephone: (916) 444-5444
4
     Catherine Ashley Straight (SBN 119339)
5    cstraight@cas-law.com
     LAW OFFICES OF
6    CATHERINE ASHLEY STRAIGHT
     1922 21st Street
7    Sacramento, CA 95811
     Telephone: (916)-599-1845
8
     Attorneys for Plaintiff
9    APPLE HILL GROWERS

10                   **UNITED STATES DISTRICT COURT**

11                   **EASTERN DISTRICT OF CALIFORNIA**

12
     APPLE HILL GROWERS,                    )   Case  No.  2:17-CV-02085-TLN-CKD
13                                          )
          Plaintiff/Counter-Defendant,      )   NOTICE OF MOTION AND MOTION UNDER
14                                          )   LOCAL RULE 251(a) TO COMPEL MASON
          vs.                               )   VISMAN TO:
15                                          )   1.   SERVE INTERROGATORY ANSWERS;
     EL DORADO ORCHARDS, INC.,              )   2.   SERVE RESPONSES TO DOCUMENT
16   BRAD VISMAN, KANDI VISMAN,             )        REQUESTS ; and
     and MASON VISMAN,                      )   3.   PRODUCE DOCUMENTS AND THINGS
17                                          )
          Defendants/Counter-Plaintiffs.    )   MEMORANDUM IN SUPPORT OF MOTION
18   _____)
                                                Date: January 12, 2021
19                                              Time: 10:00 A.m.
                                                Courtroom: 24  -  8th Floor
20
                                                Honorable Magistrate Judge
21                                                 Carolyn K. Delaney

22

23                   **NOTICE OF MOTION AND MOTION**

24        TO Defendant/Counter-Plaintiff MASON VISMAN, and his attorney Paul W. Reidl:

25        PLEASE TAKE NOTICE that, at the time and location indicated above or as soon thereafter

26   as the matter may be heard, pursuant to Federal Rules Of Civil Procedure, Rule 37(a)(3)(B)(iii) and

27   (iv), and Local Rule 251(a) of the Local Rules of Practice for the United States District Court for the

28   Eastern District of California, Plaintiff APPLE HILL GROWERS will move the court for the

following Orders:

1. An Order that Defendant/Counter-Plaintiff MASON VISMAN Answer Plaintiff/Counter-Defendant's First Set of Interrogatories to Defendant Mason Visman, separately and fully, in compliance with F.R.C.P. Rule 33;

2. An Order that Defendant/Counter-Plaintiff MASON VISMAN Respond in writing  to Plaintiff/Counter-Defendant's First Request for Production of Documents and Things To Defendant Mason Visman, in compliance with F.R.C.P. Rule 34; and,

3. An Order that Defendant/Counter-Plaintiff MASON VISMAN produce for inspection, copying and related activities the documents and things requested in Plaintiff/Counter-Defendant's First Request for Production of Documents and Things To Defendant Mason Visman.

This Motion will be based upon this Notice Of Motion, the  Joint Statement re Discovery Disagreement or an affidavit as set forth in L.R. 251, and such additional evidence, argument, and legal authority presented in any Reply Memorandum and/or at any oral hearing on the matter.

Dated: December 22, 2021                    Respectfully submitted,
                                                                    /s/ Catherine Ashley Straight
                                                            Catherine Ashley Straight  (SBN 119339)
                                                            Law Offices of Catherine Ashley Straight
                                                            1922 21st Street
                                                            Sacramento, California 95811
                                                            Telephone  (916)599-1845
                                                            E-mail: cstraight@cas-law.com

                                                            *One of the Attorneys for Plaintiff*
                                                            *APPLE HILL GROWERS*

LR 251(a) NOTICE OF MOTION/MOTION TO COMPEL DISCOVERY RESPONSES / PRODUCTION OF DOC. - DEF. MASON VISMAN

1

## **PROOF OF SERVICE**

2

    I am a citizen of the United States and am employed in Sacramento County.  I am over the

3

age of eighteen (18) years and not a party to this action;  my business address is 1922 21st Street,

4

Sacramento, California 95811.

5

    On the date below indicated, I served the foregoing document

6

    NOTICE OF MOTION AND MOTION TO COMPEL MASON VISMAN TO:
    1.     SERVE INTERROGATORY ANSWERS;

7

    2.     SERVE RESPONSES TO DOCUMENT REQUESTS ; and
    3.     PRODUCE DOCUMENTS AND THINGS

8

    MEMORANDUM IN SUPPORT OF MOTION

9

10

11

  **XX**   **VIA ELECTRONIC MEANS:** I caused this document to be delivered via electronic means

12

    to the below identified counsel's e-mail of record with the Court for this action.  Said e-mail

13

    address, along with counsel's name and address of record, are set forth below.  Such service

14

    complies with Federal Rules Of Civil Procedure, Rule 5(E), as counsel has consented to

15

    service by electronic means.

16

        Paul William Reidl
        Law Office Of Paul W. Reidl

17

        25 Pinehurst Lane
        Half Moon Bay, CA 94019

18

        paul@reidllaw.com

19

20

    I certify that the document was Served electronically on December 22, 2021.

21

    I declare under penalty of perjury that the foregoing is true and  correct.

22

23

Executed on December 22, 2021           */s/* Catherine Ashley Straight
                       Catherine Ashley Straight

24

25

26

27

28