1    R. Michael West (SBN 84336)
     mwest@saciplaw.com
2    Law Offices of R. Michael West
     1922 21ST Street
3    Sacramento, CA 95811
     Telephone: (916) 444-5444

4

5    Catherine Ashley Straight (SBN 119339)
     cstraight@cas-law.com
     Law Offices of Catherine Ashley Straight
6    1922 21st Street
     Sacramento, CA 95811
7    Telephone: (916)-599-1845

8    *Attorneys for Plaintiff/Counter-Defendant*
       *APPLE HILL GROWERS*

9

10    Paul W. Reidl (SBN 155221)
     paul@reidllaw.com
11    Law Office of Paul W. Reidl
     25 Pinehurst Lane
12    Half Moon Bay, California 94019-2221
     Telephone: (650) 560-8530

13

14    *Attorney for Defendants/Counter-Plaintiffs*

15               **UNITED STATES DISTRICT COURT**

16              **EASTERN DISTRICT OF CALIFORNIA**

17

| | | |
|---|---|---|
| APPLE HILL GROWERS, | ) | Case No. 2:17-CV-02085-TLN-CKD |
| Plaintiff/Counter-Defendant, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER FOR EXTENSION OF |
| vs. | ) | DISCOVERY COMPLETION DATE |
| | ) | |
| EL DORADO ORCHARDS, INC., | ) | |
| BRAD VISMAN, KANDI VISMAN, | ) | |
| and MASON VISMAN, | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

25        Plaintiff/Counter-Defendant APPLE HILL GROWERS, and Defendants/Counter-Plaintiffs

26    EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN and MASON VISMAN,

27    by and through their respective counsel of record, hereby submit the following STIPULATION AND

28    [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY COMPLETION DATE.

1    WHEREAS, the Court's Scheduling Order [ECF No. 29] provides that all discovery, with

2    the exception of expert discovery, shall be completed by February 28, 2022;

3    WHEREAS, the Court's Scheduling Order [ECF No. 29] provides that all dispositive

4    motions (excepting those motions listed in the Order), shall be heard no later than August 25, 2022;

5    WHEREAS, pursuant to the Court's Scheduling Order [ECF No. 29], at Section VIII. <u>TRIAL</u>

6    <u>SETTING</u>, no Trial Date has been set;

7    WHEREAS, Plaintiff and Defendants have engaged in initial exchanges of written discovery

8    requests (Joint Statement Re Discovery Dispute);

9    WHEREAS, Plaintiff responded in writing to all of Defendants' discovery requests thus far;

10    however, outstanding issues respecting objections made by Plaintiff to certain discovery requests are

11    not resolved (Joint Statement Re Discovery Dispute);

12    WHEREAS, with respect to discovery requests served on Defendants by Plaintiff: no written

13    responses to any of the discovery requests due on December 15, 2021 have been received; and,

14    responses to other discovery requests previously served on Defendants are not yet due (Joint

15    Statement Re Discovery Dispute);

16    WHEREAS, the Parties have engaged in meet and confer discussions as well written

17    communications respecting the discovery responses and unresolved discovery issues (Joint Statement

18    Re Discovery Dispute); and,

19    WHEREAS, the requested extensions will not require a continuance of the deadline for

20    hearing dispositive motions in this matter.

21

22                    **STIPULATION**

23    THEREFORE, it is hereby stipulated and agreed by the Parties, as follows:

24

25        The deadline for completion of non-expert discovery shall be

26        extended to May 2, 2022.

27

28

1

2   Dated: January 5, 2022                    Respectfully submitted,

3                                              */s/* R. Michael West

4                                             R. Michael West (SBN 84336)
                                              Law Offices of R. Michael West

5                                             1922 21st Street
                                              Sacramento, California 95811

6                                             Telephone  (916) 444-5444
                                              E-mail: mwest@saciplaw.com

7

8                                              */s/* Catherine Ashley Straight
                                              Catherine Ashley Straight  (SBN 119339)

9                                             Law Offices of Catherine Ashley Straight
                                              1922 21st Street

10                                            Sacramento, California 95811
                                              Telephone  (916) 599-1845

11                                            E-mail: cstraight@cas-law.com

12                                            *Attorneys for Plaintiff/Counter-Defendant*
                                              *APPLE HILL GROWERS*

13

14                                             /s/ Paul W. Reidl

15                                            Paul W. Reidl (SBN 155221)
                                              Law Office of Paul W. Reidl

16                                            25 Pinehurst Lane
                                              Half Moon Bay, California 94019

17                                            Telephone: (650) 560-8530
                                              E-mail:  paul@reidllaw.com

18                                            *Attorney for All Defendants/Counter-Plaintiffs*

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2    This Court has reviewed and considered the above stipulation among the Parties. Based on

3 the representations and the Joint Statement submitted therewith, and for good cause shown, it is

4 hereby ORDERED that the Scheduling Order (Doc. 29) is modified as follows:

5    The deadline for non-expert discovery shall be extended to May 20, 2022;

6    This modifications does not change any other existing scheduling deadlines, including the

7 deadline for hearing of dispositive motions.

8

9 IT IS SO ORDERED.

10

11 Dated: _____     _____

12                CAROLINE K. DELANEY
                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28