UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>EL DORADO ORCHARDS, INC., et al.,<br><br>    Defendants/Counter-Claimant. | No. 2:17–cv–02085–TLN–CKD<br><br><br>ORDER<br><br>(ECF No. 32) |

    Presently before the court is plaintiff / counter-defendant Apple Hill Growers' motion to compel certain discovery responses and production from defendant / counter-claimant Mason Visman. (ECF No. 32.) Upon reviewing the Joint Statement regarding the discovery disagreement, filed January 5, 2022 (ECF No. 33), it appears likely that the parties will be able to resolve their discovery dispute without judicial intervention. The court strongly encourages them to endeavor to do so.

    The parties' stipulation to extend the fact-discovery deadline, attached to the Joint Statement (ECF No. 33.1), is a promising step in the right direction. The court hereby approves the stipulated extension—which does not affect the previously set dispositive motions or trial deadlines.

////

The court will take plaintiff's motion to compel under submission in hopes that the parties independently resolve the dispute and will require the parties to update the court on the status of the dispute as they proceed. Based on defense counsel's representation that he will "try to provide" the subject discovery responses and production by January 15, 2022 (ECF No. 33 at 5), the parties shall file a supplemental joint statement regarding the status of the discovery dispute no later than January 19, 2022. Should the parties reach a resolution of the motion, plaintiff shall so state in the supplemental joint statement or shall withdraw the motion to compel.

**ORDER**

It is HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 32) is taken under submission, and the hearing on the motion currently set for January 12, 2022 is VACATED;

2. The court APPROVES the parties' stipulation (ECF No. 33.1) and extends the deadline for fact discovery to May 2, 2022. All other dates and deadlines in the Scheduling Order (ECF No. 29) remain unchanged; and

3. No later than January 19, 2022, the parties shall file a supplemental joint statement regarding the status of the present discovery dispute, or plaintiff shall file a notice of withdrawal of the motion to compel.

Dated: January 7, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19, appl.2085