UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>　　v.<br><br>EL DORADO ORCHARDS, INC., et al.,<br><br>　　　　Defendants/Counter-Claimants. | No. 2:17–cv–02085–TLN–CKD<br><br><br>ORDER<br><br>(ECF No. 32) |

Plaintiff/Counter-Defendant Apple Hill Growers' motion to compel discovery from Defendant/Counter-Claimant Mason Visman (ECF No. 32) came on for remote hearing before the undersigned on January 26, 2022. (ECF No. 38.) After discussion with the parties, it was determined that the motion was premature as the parties are just starting to negotiate as to the substance of Mr. Visman's discovery responses. The parties shall therefore substantively meet and confer in good faith regarding those issues. If these efforts are unsuccessful, the parties may request an informal discovery conference for help resolving issues that do not require full briefing—or must prepare a formal motion to compel that fully outlines the nature of the disputed issues, including each party's arguments and the discovery requests and responses at issue. See Local Rule 251(c) (detailing contents of joint statement regarding discovery disagreements).

////

1

It was also determined that this case would benefit from court-assisted settlement, and after consulting with the assigned District Judge, the parties are now ordered to arrange a settlement conference with Magistrate Judge Dennis Cota as described below.

**ORDER**

It is HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 32) is DENIED without prejudice.
2. The case is REFERRED to Magistrate Judge Dennis M. Cota for a settlement conference. This referral does not affect the scheduling deadlines currently in place.
3. In order to schedule the settlement conference, the parties are directed to contact Magistrate Judge Cota's courtroom deputy, Christy Pine (cpine@caed.uscourts.gov), no later than February 2, 2022 regarding their availability to participate in a settlement conference at 9:30 AM on Mar. 1, Mar. 2, or Mar 22, 2022. The settlement conference will be conducted remotely by Zoom video conference. Parties are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms.

Dated: January 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19, appl.2085

2