1  PAUL W. REIDL (SBN 155221)
   Dickenson, Peatman & Fogarty
2  1455 1st Street
   Ste #301
3  Napa, CA 94559
   707-261-7010
4  Email: preidl@dpf-law.com

5  *Attorney for Defendants*

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8                  (SACRAMENTO DIVISION)

9

10 **APPLE HILL GROWERS,**              Case No. 2:17-cv-02085-TLN-CKD

11        Plaintiff,

12        v.                             **NOTICE OF CHANGE OF ADDRESS**

13 **EL DORADO ORCHARDS, et al.,**

14        Defendant.

15        TO THE COURT AND COUNSEL:

16        Please be advised that the undersigned has changes his address as follows:

17                    Paul W. Reidl
                Dickenson, Peatman & Fogarty
18                   1455 1st Street
                       Ste #301
19                  Napa, CA 94559
                    707-261-7010
20              Email: preidl@dpf-law.com

21        This change has been entered in Pacer.

22 //

23 //

24 //

                                Page 1
              DEFENDANTS' NOTICE OF CHANGE OF ADDRESS

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | **DICKENSON, PEATMAN & FOGARTY** |
| 3 | |
| 4 | By:  /s/ Paul W. Reidl |
| 5 | Paul W. Reidl<br>Dickenson, Peatman & Fogarty<br>1455 1st Street<br>Ste #301 |
| 6 | Dated: February 15, 2022 — Napa, CA 94559<br>707-261-7010 |
| 7 | Email: preidl@dpf-law.com |
| 8 | *Attorney for Defendants* |

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 1455 1st Street, Ste #301, Napa, CA 94559 California, 94019

On February 22, 2022 I served the following document (attached hereto):

**NOTICE OF CHANGE OF ADDRESS**

**(XX)** **VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on February 22, 2022:

R. Michael West
mwest@saciplaw.com

Catherine Ashley Straight
cstraight@cas-law.com

Executed on February 22, 2022, at Half Moon Bay, California.

/s/ Paul W. Reidl