R. Michael West (SBN 84336)
mwest@saciplaw.com
Law Offices of R. Michael West
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-599-1845

*Attorneys for Plaintiff/Counter-Defendant*
   *APPLE HILL GROWERS*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS, | Case No. 2:17-CV-02085-TLN-CKD |
| Plaintiff/Counter-Defendant, | RESPONSE OF PLAINTIFF'S COUNSEL TO THE COURT'S ORDER TO SHOW CAUSE ISSUED FEBRUARY 15, 2022 |
| vs. | |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, and MASON VISMAN, | Hearing: None Set<br>Courtroom: 24 - 8th Floor |
| Defendants/Counter-Plaintiffs. | Honorable Magistrate Judge<br>Carolyn K. Delaney |

Counsel for Plaintiff/Counter-Defendant APPLE HILL GROWERS, Catherine Ashley Straight, hereby responds to the Court's Order To Show Cause issued February 15, 2022, regarding counsel's failure to comply with the Court's Order to contact Christy Pine, Judge Cota's Courtroom Deputy, by 2/2/22 for scheduling of a Settlement Conference.

First, I have never in the past violated, nor would I ever intentionally violate, a Court's Order.

In this instance, counsel was out of state in a remote location with very limited internet services when the Court's Order respecting the Settlement Conference was received, and counsel failed to note the deadline to contact Judge Cota's Courtroom Deputy. The undersigned counsel was unaware of the error until the Court's February 15. 2022 Order To Show Cause was received.

On February 16, 2022, I sent an e-mail to Ms. Pine, at the address set forth in the January 27th Order, regarding the scheduling of the Settlement Conference. I returned to California late in the day on February 17, 2022. As I had not heard from Ms. Pine, I sent another e-mail on February 18, 2022. As a result, the Settlement Conference has been scheduled for March 22, 2022, and a Minute Order has been issued regarding same.

Although the foregoing may provide some explanation, it is not an excuse for my failure to comply with the Court's Order. I will ensure that such failure will not occur in the future.

I apologize for the additional, and unnecessary, burden I have placed on the Court, and to Opposing Counsel for any inconvenience I have caused.

Dated: February 18, 2022                Respectfully submitted,

                                        Individually and as Plaintiff's Counsel


  /s/ Catherine Ashley Straight
Catherine Ashley Straight  (SBN 119339)
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, California 95811
Telephone  (916) 599-1845
E-mail: cstraight@cas-law.com

*Attorneys for Plaintiff/Counter-Defendant*
 *APPLE HILL GROWERS*

## PROOF OF SERVICE

I am a citizen of the United States and am employed in Sacramento County. I am over the age of eighteen (18) years and not a party to this action; my business address is 1922 21st Street, Sacramento, California 95811.

On the date below indicated, I served the document described below:

RESPONSE OF PLAINTIFF'S COUNSEL TO THE COURT'S ORDER TO SHOW

CAUSE ISSUED FEBRUARY 15, 2022

on Counsel for Defendants/Counter-Plaintiffs by the means set forth following:

__  **VIA CM/ECF FILING SYSTEM:** I caused to be filed with the clerk of the United States District Court for the Eastern District of California, through the Court's CM/ECF electronic filing system, the foregoing listed documents. Such filing results in a copy of each of said documents to be delivered electronically to the following CM/ECF participants in this action: I certify that the documents are being Filed and Served on _____, 2021.

 **XX**  **VIA ELECTRONIC DELIVERY:** I personally sent the foregoing described document to the following at the e-mail address(es) listed below:

>Paul W. Reidl
>Dickenson, Peatman & Fogarty
>1455 1st Street, Ste #301
>Napa, CA 94559
>
>Email: preidl@dpf-law.com

I certify that the documents are being Served on February 18, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2022         /s/ Catherine Ashley Straight
                                      Catherine Ashley Straight