Paul W. Reidl (SBN 155221)
Christopher J. Passarelli (SBN 241147)
Brett J. Leininger (SBN 329579)
DICKENSON, PEATMAN & FOGARTY
1500 First Street Suite 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876
preidl@dpf-law.com
cpassarelli@dpf-law.com

Attorneys for Defendants/Counter-Plaintiffs
EL DORADO ORCHARDS INC., et al.

R. Michael West (SBN 84336)
mwest@saciplaw.com
Law Offices of R. Michael West
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-599-1845

Attorneys for Plaintiff/Counter-Defendant
APPLE HILL GROWERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS,<br><br>Plaintiff,<br><br>vs.<br><br>EL DORADO ORCHARDS, INC., et al.<br><br>Defendants. | CASE NO. 2:17-cv-02085-TLN-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DISCOVERY DEPOSITIONS** |



Plaintiff Apple Hill Growers ("Plaintiff") and Defendants Brad Visman, Mason Visman, Kandi Visman, and El Dorado Orchards, Inc., ("Defendants") (Plaintiff and Defendants collectively "the Parties") agree and stipulate to an extension of the deadline for taking discovery depositions beyond the deadline for fact discovery from June 3, 2022, to June 24, 2022. The Parties request the extension to accommodate depositions based, in part, on documents produced less than three weeks prior to the deadline for fact discovery, and the recent illness of counsel.

The Court has ordered two prior extensions of discovery deadlines in this case. On January 7, 2022, Magistrate Judge Delaney approved the Parties' stipulation (ECF No. 33.1) and extended the deadline for fact discovery from February 28, 2022, to May 2, 2022. (ECF. No. 34). On April 19, 2022, also upon the Parties' stipulation (ECF No. 54), the Court further extended the deadline for fact discovery to June 3, 2022, and extended the deadline for disclosure of expert witnesses from April 25, 2022, to May 27, 2022. (ECF No. 55).

Respectfully submitted,

DATED: May 31, 2022          DICKENSON, PEATMAN & FOGARTY

By: */s/* Christopher J. Passarelli
Paul W. Reidl
Christopher Passarelli
Brett Leininger
Attorneys for El Dorado Orchards, et al.

LAW OFFICES OF CATHERINE ASHLEY STRAIGHT

By: */s/* Catherine Ashley Straight
Catherine Ashley Straight
Attorney for Apple Hill Growers

LAW OFFICES OF R. MICHAEL WEST

By: */s/* R. Michael West
R. Michael West
Attorney for Apple Hill Growers

# ORDER

Having the reviewed the Parties' stipulation, the Court orders as follows:

1. The deadline for taking discovery depositions beyond the deadline for fact discovery is hereby extended to June 24, 2022.

All other existing scheduling deadlines, including the deadline for hearing of dispositive motions, remain unchanged.

IT IS SO ORDERED.

Dated: June 1, 2022

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE