Paul W. Reidl (SBN 155221)
Christopher J. Passarelli (SBN 241147)
Brett J. Leininger (SBN 329579)
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile:  (707) 340- 7239
preidl@dpf-law.com
cpassarelli@dpf-law.com

Attorneys for Defendants/Counter-Plaintiffs
EL DORADO ORCHARDS INC., et al.

R. Michael West (SBN 84336)
mwest@saciplaw.com
Law Offices of R. Michael West
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-599-1845

Attorneys for Plaintiff/Counter-Defendant
APPLE HILL GROWERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS,<br><br>             Plaintiff,<br><br>    vs.<br><br>EL DORADO ORCHARDS, INC., et al.<br><br>             Defendants. | CASE NO. 2:17-cv-02085-TLN-CKD<br><br>**ORDER APPROVING STIPULATION TO WITHDRAW MOTIONS FOR SANCTIONS** |

Plaintiff Apple Hill Growers ("Plaintiff") and Defendants Brad Visman, Mason Visman, Kandi Visman, and El Dorado Orchards, Inc., ("Defendants") (Plaintiff and Defendants collectively "the Parties") hereby agree and to stipulate to withdraw their motions for sanctions.

Defendants filed a Motion to Reopen Discovery, to Compel Depositions, and for Sanctions on July 20, 2022. [ECF No. 78.] Plaintiff filed a Motion for Sanctions on August 16, 2022. [ECF No. 89.] In its Order of August 19, 2022, [ECF No. 92] the Court granted Defendants' motion to compel the attendance of certain witnesses at depositions and permitted Defendants to pursue their attorneys' fees in bringing the motion, pursuant to Rule 37(a)(5)(A). [*Id.*, at p. 13.] The Court ordered that Defendants file any brief in support of their fees by September 2, 2022. [*Id.* at p. 14] The Court also took Plaintiff's motion for sanctions under submission and instructed Plaintiff to file any adversarial briefing on that motion by September 9, 2022. [*Id.*]

The Parties have considered their respective motions and have agreed to forego the sanctions or attorneys' fees sought in those motions. Accordingly, Defendants hereby withdraw their Motion for Sanctions [ECF No. 78] and waive any attorneys' fees available under Rule 37(a)(5)(A) with respect to that motion. Likewise, Plaintiff hereby withdraws its Motion for Sanctions [ECF No. 89].

Respectfully submitted,

DATED: September 7, 2022         DICKENSON, PEATMAN & FOGARTY

By: */s/* Christopher J. Passarelli
Paul W. Reidl
Christopher Passarelli
Brett Leininger
Attorneys for El Dorado Orchards, et al.

LAW OFFICES OF CATHERINE ASHLEY STRAIGHT

By: */s/* Catherine Ashley Straight
Catherine Ashley Straight
Attorney for Apple Hill Growers

LAW OFFICES OF R. MICHAEL WEST

By: */s/* R. Michael West
R. Michael West
Attorney for Apple Hill Growers

## ORDER

Having the reviewed the Parties' stipulation, the Court orders as follows:

1. The Parties' stipulation to withdraw their respective pending motions for sanctions is hereby approved.

2. This resolves Plaintiff's motion for sanctions (ECF No. 89).

IT IS SO ORDERED.

Dated: September 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

