Paul W. Reidl (SBN 155221)
Christopher J. Passarelli (SBN 241147)
Brett J. Leininger (SBN 329579)
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile:  (707) 340- 7239
preidl@dpf-law.com
cpassarelli@dpf-law.com

Attorneys for Defendants/Counter-Plaintiffs
EL DORADO ORCHARDS INC., et al.

R. Michael West (SBN 84336)
mwest@saciplaw.com
Law Offices of R. Michael West
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-599-1845

Attorneys for Plaintiff/Counter-Defendant
APPLE HILL GROWERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>EL DORADO ORCHARDS, INC., et al.<br><br>    Defendants. | CASE NO. 2:17-cv-02085-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE DEPOSITION OF CHRIS DELFINO** |

Plaintiff Apple Hill Growers ("Plaintiff") and Defendants Brad Visman, Mason Visman, Kandi Visman, and El Dorado Orchards, Inc., ("Defendants") (Plaintiff and Defendants

collectively "the Parties") hereby agree and to stipulate to extend the deadline for the deposition of Chris Delfino.

Defendants filed a Motion to Reopen Discovery, to Compel Depositions, and for Sanctions on July 20, 2022. [ECF No. 78.] On August 19, 2022, the Court issued an order [ECF No. 92] granting in part and denying in part Defendants' Motion. The Court ordered, *inter alia*, that Chris Delfino "appear for a deposition during the week of September 19th, 2022." [*Id.*, at p. 6.] The Court also ordered that Plaintiff designate a representative to testify on the Rule 30(b)(6) deposition topics, and that such deposition take place "no later than September 23, 2022 . . . ." [*Id.* at 7.] Plaintiff has designated Mr. Delfino to testify on certain of the topics listed in the Rule 30(b)(6) Amended Notice of Deposition to Plaintiff.

The Parties have cooperated in the scheduling of depositions since the Court's Order. The deposition of R. Michael West took place on September 20, 2022, and the parties plan to take the deposition of Susan Boeger (and the 30(b)(6) topics for which she has been designated as Plaintiff's representative) prior to September 23, 2022. However, it would be more convenient for the witness for his deposition to take place next week, prior to September 29, and neither party will be prejudiced by a short extension. Accordingly, the Parties stipulate and jointly request that the Court extend the deadline for taking the deposition of Chris Delfino (and the 30(b)(6) topics for which Plaintiff has designated him), and that the Court order that such deposition now take place prior to September 29, 2022.

Respectfully submitted,

DATED: September 22, 2022               DICKENSON, PEATMAN & FOGARTY

By:   */s/* Christopher J. Passarelli
      Paul W. Reidl
      Christopher Passarelli
      Brett Leininger
      Attorneys for El Dorado Orchards, et al.



|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | LAW OFFICES OF CATHERINE ASHLEY STRAIGHT                        |
| 2   |                                                                 |
| 3   | By:   */s/* Catherine Ashley Straight                           |
|     | Catherine Ashley Straight                                       |
| 4   | Attorney for Apple Hill Growers                                 |
| 5   | LAW OFFICES OF R. MICHAEL WEST                                  |
| 6   | By:   */s/* R. Michael West                                     |
| 7   | R. Michael West                                                 |
|     | Attorney for Apple Hill Growers                                 |

**ORDER**

Having the reviewed the Parties' stipulation, the Court orders as follows:

1. Chris Delfino SHALL appear for a deposition on or before September 29, 2022—with the deposition to be conducted either in person in El Dorado County, or via remote means;

2. The 30(b)(6) deposition topics for which Plaintiff has designated Mr. Delfino as representative shall be addressed at the same deposition, on or before September 29, 2022; and

3. The September 23, 2022, deadline for the deposition of Mr. Delfino in the Court's Order of August 19, 2022, is hereby vacated.

IT IS SO ORDERED.

Dated:  September 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE