Paul W. Reidl (SBN 155221)
Christopher J. Passarelli (SBN 241147)
Brett J. Leininger (SBN 329579)
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile:  (707) 340- 7239
preidl@dpf-law.com
cpassarelli@dpf-law.com

Attorneys for Defendants/Counter-Plaintiffs
EL DORADO ORCHARDS INC., et al.

R. Michael West (SBN 84336)
mwest@saciplaw.com
Law Offices of R. Michael West
1922 21ST Street
Sacramento, CA 95811
Telephone: (916) 444-5444

Catherine Ashley Straight (SBN 119339)
cstraight@cas-law.com
Law Offices of Catherine Ashley Straight
1922 21st Street
Sacramento, CA 95811
Telephone: (916)-599-1845

Attorneys for Plaintiff/Counter-Defendant
APPLE HILL GROWERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS,<br><br>   Plaintiff,<br><br>   vs.<br><br>EL DORADO ORCHARDS, INC., et al.<br><br>   Defendants. | CASE NO. 2:17-cv-02085-TLN-CKD<br><br>**JOINT MOTION TO SUBSTITUTE BRAD VISMAN, SPECIAL ADMINISTRATOR OF THE ESTATE OF MASON VISMAN FOR THE DECEASED DEFENDANT/COUNTER-PLAINTIFF MASON VISMAN; ORDER**<br><br>Date:      March 23, 2023<br>Time:     2:00 p.m.<br>Location: Courtroom 2 |

Plaintiff Apple Hill Growers ("Plaintiff") and Defendants Brad Visman, Kandi Visman, El Dorado Orchards, Inc., ("Defendants"), and Brad Visman, as special administrator of the Estate of Mason Visman (Plaintiff and Defendants collectively "the Parties") hereby make the following joint motion to substitute Brad Visman, in his role as the special administrator of the Estate of Mason Visman for the deceased Mason Visman ("Decedent") as Defendant/Counter-Plaintiff, pursuant to Fed. R. Civ. P. 25(a)(1).

Rule 25(a)(1) provides that, if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative within 90 days after service of a statement noting the death.

In support of this Motion, the Movants state as follows:

1. Decedent, Mason Visman, an individual Defendant/Counter-Plaintiff, died intestate on November 11, 2022. Brad Visman and Kandi Visman, Mason Visman's parents, are Decedent's sole identified heirs.

2. A suggestion of death was submitted to the Court on November 17, 2022 [ECF 97].

3. Claims in this proceeding brought against and by Mason Visman were not extinguished upon his death.

4. An Order For Probate of the Estate Of Mason Charles Visman was entered in the Superior Court Of California, County Of El Dorado, on November 17, 2022. A copy of said Order For Probate is attached as Exhibit A hereto.

5. Letters Special Administration were issued in the Probate Court of El Dorado County Superior Court on November 17, 2022, in Case Number 22PR0301, appointing Brad Visman as the special administrator of Decedent Mason Visman's estate. A copy of the Letters Special Administration is attached as Exhibit B hereto.

6. Pursuant to said Letters, Brad Visman has duly qualified and is acting as the Special Administrator of Decedent's estate.

7. In Brad Visman's capacity as Special Administrator, Brad Visman is the representative of

Mason Visman, the deceased original Defendant/Counter-Plaintiff; and, accordingly, the proper party to be substituted for Decedent Mason Visman.

8. The Parties note that the Letters Special Administration expire on April 30, 2023. The Parties have agreed to notify the Court promptly of any extension of said Letters, or subsequent appointments of Brad Visman as Administrator of Decedent Mason Visman's estate.

9. The Parties bring this joint motion for substitution of a party, notwithstanding the nature of the instant appointment of Brad Visman, in order to preserve their respective legal claims.

Wherefore, it is prayed that this motion be granted and that the proceeding's caption be modified to substitute "Brad Visman, Special Administrator of the Estate of Mason Visman" for the name of Mason Visman.

Respectfully submitted,

DATED: February 14, 2023      DICKENSON, PEATMAN & FOGARTY

By:   */s/* Christopher J. Passarelli
    Paul W. Reidl
    Christopher Passarelli
    Brett Leininger
    Attorneys for El Dorado Orchards, et al.

LAW OFFICES OF CATHERINE ASHLEY STRAIGHT

By:  */s/* Catherine Ashley Straight
    Catherine Ashley Straight
    Attorney for Apple Hill Growers

LAW OFFICES OF R. MICHAEL WEST

By:  */s/* R. Michael West
    R. Michael West
    Attorney for Apple Hill Growers

# ORDER

Having the reviewed the Parties' motion, the Court orders that:

1. Brad Visman, in his role as the special administrator of the Estate of Mason Visman, be substituted in this action for the deceased Mason Visman ("Decedent") as Defendant/Counter-Plaintiff, pursuant to Fed. R. Civ. P. 25(a)(1); and
2. that the proceeding's caption be modified to substitute "Brad Visman, Special Administrator of the Estate of Mason Visman" for the name of Mason Visman.

IT IS SO ORDERED.

Dated: February 14, 2023

Troy L. Nunley
United States District Judge