UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS,<br><br>                Plaintiff,<br><br>        v.<br><br>EL DORADO ORCHARDS, INC., et al.,<br><br>                Defendants. | No. 2:17-cv-02085 DJC CKD<br><br><br>ORDER |

On October 25, 2024, the parties' cross-motions for summary judgment were referred to the assigned Magistrate Judge pursuant to Local Rule 302(a). (ECF No. 102.)

On July 11, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 103.) Both parties have filed objections. (ECF Nos. 104 & 105.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' motion for summary judgment (ECF No. 77) is GRANTED IN PART as follows:
    a. Kandi Visman is granted summary judgment on Claims 1, 2, 4 and 5;

      b. The Estate of Mason Visman is granted summary judgment on Claim 3 (cybersquatting); and

      c. The motion is otherwise DENIED.

2. Plaintiff's motion for summary judgment (ECF No. 79) is DENIED.

IT IS SO ORDERED.

Dated: **September 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE