| | |
|---|---|
| 1 | Brian P. Kinder (SBN 212332) |
|   | bkinder@tklglaw.com |
| 2 | The Kinder Law Group, APC |
|   | 19200 Von Karman, Fourth Floor |
| 3 | Irvine, California 95612 |
|   | Telephone: (949) 216-3070 |
| 4 | |
| 5 | R. Michael West (SBN 84336) |
|   | mwest@saciplaw.com |
| 6 | LAW OFFICES OF R. MICHAEL WEST |
|   | 1922 21st Street |
| 7 | Sacramento, CA 95811 |
|   | Telephone: (916) 444-5444 |
| 8 | Catherine Ashley Straight (SBN 119339) |
|   | cstraight@cas-law.com |
| 9 | LAW OFFICES OF |
|   | CATHERINE ASHLEY STRAIGHT |
| 10 | 1922 21st Street |
|    | Sacramento, CA 95811 |
| 11 | Telephone: (916) 599-1845 |
| 12 | Attorneys for Plaintiff |
|    | APPLE HILL GROWERS |

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| APPLE HILL GROWERS, | Case No.: 2:17-CV-02085-DJC-CKD |
|---|---|
| Plaintiff and Counter-Defendant, | |
| v. | **STIPULATION AND ORDER RE SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT APPLE HILL GROWERS** |
| EL DORADO ORCHARDS, INC., BRAD VISMAN, KANDI VISMAN, AND MASON VISMAN, | |
| Defendants and Counter-Plaintiffs. | |

Pursuant to Local Rule 182(g), the undersigned hereby stipulate and consent to the substitution of Brian P. Kinder, The Kinder Law Group, APC, having an address of 19200 Von Karman, Fourth Floor, Irvine, California 95612, as attorney of record for Plaintiff and Counter-Defendant APPLE HILL GROWERS in the above-captioned action

in place and instead of R. Michael West and Catherine Ashley Straight, who will thereby withdraw from the action.

STIPULATED AND CONSENTED TO BY:

Brian P. Kinder
The Kinder Law Group, APC
Attorney for APPLE HILL Grower

R. Michael West
R. Michael West (Sep 14, 2025 16:12:22 PDT)

R. Michael West
Law Offices of R. Michael West

Catherine Ashley Straight
Catherine Ashley Straight (Sep 14, 2025 21:39:41 GMT+2)

Catherine Ashley Straight
Law Offices of Catherine Ashley Straight

APPLE HILL GROWERS
A California Corporation

Pamela M Harris (Sep 15, 2025 17:11:44 PDT)

Pamela M. Harris
President

**IT IS SO ORDERED**.

Dated:  September 30, 2025        /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE