Christopher J. Passarelli (SBN 241174)
cp@dpf-law.com
Joy L. Durand (SBN 245413)
jdurand@dpf-law.com
Brett J. Leininger (SBN 329579)
bleininger@dpf-law.com
**DICKENSON, PEATMAN & FOGARTY**
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 261-7000

Attorneys for Defendants/Counter-Plaintiffs
El Dorado Orchards, Inc., et al.

Brian P. Kinder (212332)
bkinder@tklglaw.com
**THE KINDER LAW GROUP, APC**
19200 Von Karman Avenue, Fourth Floor
Irvine, California 92612
Telephone: (949) 216-3070

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE HILL GROWERS,<br><br>Plaintiff,<br><br>v.<br><br>EL DORADO ORCHARDS, INC., et al.,<br><br>Defendants. | Case No. 2:17-cv-02085-DJC-CKD<br><br>**JOINT STIPULATION RE AUTHENTICATION AND ADMISSION OF TRIAL EXHIBITS**<br><br>Trial Date: June 22, 2026<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 7, 14th Floor<br>Judge: Hon. Daniel J. Calabretta |

Plaintiff Apple Hill Growers ("Plaintiff") and Defendants El Dorado Orchards, Inc., Brad Visman, individually and as Special Administrator of the Estate of Mason Visman ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1

JOINT STIPULATION RE AUTHENTICATION AND ADMISSION OF TRIAL EXHIBITS

## I. STIPULATION TO AUTHENTICATION AND FOUNDATION

1. The Parties stipulate to the authentication and foundation of the following categories of exhibits, which may be admitted at trial without the need for further authentication or foundation testimony, subject to the reservation of substantive objections set forth in Paragraph 2 below:

   a. Correspondence between the Parties and/or their counsel;

   b. Printed articles;

   c. Corporate filings;

   d. Bylaws and minutes;

   e. Government documents, including but not limited to California Secretary of State filings and California Department of Transportation (Caltrans) records;

   f. Tax records from the Internal Revenue Service, including Apple Hill Growers' IRS Form 990-EZ filings;

   g. Photographs;

   h. Websites; and

   i. Advertisements, including materials related to the Cider Press.

2. Notwithstanding the foregoing stipulation to authentication and foundation, each Party expressly reserves the right to assert substantive objections to any exhibit in the categories identified in Paragraph 1, including but not limited to objections based on relevance, hearsay, and hearsay within hearsay.

## II. STIPULATION RE USPTO AND TTAB RECORDS

3. The Parties further stipulate to the admission of documents from the United States Patent and Trademark Office ("USPTO") and the Trademark Trial and Appeal Board ("TTAB") without the need for certified copies and/or authentication or foundation.

## III. STIPULATION RE ATTORNEY AUTHORIZATIONS

4. Defendants stipulate that Paul Reidl was authorized to file the October 28, 2024 renewal of U.S. Registration No. 4,682,963 on behalf of the Estate of Mason Visman.

5. Plaintiff stipulates that Michael West was authorized on its behalf to file the Responses to Office Actions dated January 15, 2016 and March 4, 2016 for U.S. Reg. No. 5,034,321.

JOINT STIPULATION RE AUTHENTICATION AND ADMISSION OF TRIAL EXHIBITS

**IV. TREATMENT OF DEFENDANTS' EXHIBITS**

6. Defendants' Exhibits Q, R, S, W, X, and AA are covered by the stipulations set forth in Section I above. These exhibits shall remain designated as Defendants' Exhibits and shall not be added to the Joint Exhibit List. Plaintiff will file a First Amended Joint Exhibit List reflecting this arrangement.

**V. AMENDED EXHIBIT DESIGNATIONS**

7. Defendants shall provide amended exhibit designations for the following exhibits in order to address Plaintiff's objections:

  a. Exhibits E through L (Apple Hill Growers' discovery responses);

  b. Exhibits M and N (deposition transcripts); and

  c. Exhibits Q, R, and S (Caltrans Public Records Act records).

8. Defendants shall also provide page-line designations for the deposition of Brad Visman taken on June 5, 2026.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

JOINT STIPULATION RE AUTHENTICATION AND ADMISSION OF TRIAL EXHIBITS

**IT IS SO STIPULATED.**

DATED: June 22, 2026                    **DICKENSON, PEATMAN & FOGARTY**


By: /s/ Christopher J. Passarelli
      Christopher J. Passarelli (SBN 241174)
      cp@dpf-law.com
      Joy L. Durand (SBN 245413)
      jdurand@dpf-law.com
      Brett J. Leininger (SBN 329579)
      bleininger@dpf-law.com
      1500 First Street, Suite 200
      Napa, California 94559
      Telephone: (707) 261-7000

      Attorneys for Defendants/Counter-Plaintiffs
      El Dorado Orchards, Inc., et al.

DATED: June 22, 2026                    **THE KINDER LAW GROUP, APC**


By: /s/ Brian P. Kinder (as authorized on June 22, 2026)
      Brian P. Kinder (212332)
      bkinder@tklglaw.com
      19200 Von Karman Avenue, Fourth Floor
      Irvine, California 92612
      Telephone: (949) 216-3070

      Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: June 22, 2026                    /s/ Daniel J. Calabretta
      THE HONORABLE DANIEL J. CALABRETTA
      UNITED STATES DISTRICT JUDGE

JOINT STIPULATION RE AUTHENTICATION AND ADMISSION OF TRIAL EXHIBITS